R. Bradford Huss, No. 71303
Clarissa A. Kang, No. 210660
Michelle L. Schuller, No. 255787
TRUCKER ✦ HUSS
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California 94104
Telephone: (415) 788-3111
Facsimile: (415) 421-2017
E-mail: bhuss@truckerhuss.com
ckang@truckerhuss.com
mschuller@truckerhuss.com

**E-Filed 6/23/2010**

Attorneys for Defendants
LOCKHEED MARTIN CORPORATION
and LOCKHEED MARTIN
CORPORATION SALARIED EMPLOYEE
RETIREMENT PROGRAM

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW J. NALBANDIAN, JR., an individual; GREGORY M. NALBANDIAN, an individual; and THE ESTATE OF ANDREW J. NALBANDIAN, SR., deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>LOCKHEED MARTIN CORPORATION, a Maryland corporation, as administrator and fiduciary of the Lockheed Martin Corporation Salaried Employee Retirement Program; LOCKHEED MARTIN CORPORATION SALARIED EMPLOYEE RETIREMENT PROGRAM, an Employee Pension Plan within the meaning of 29 U.S.C. §§ 1002(2)(a) and 1002(35); and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV 10-01242 JF<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED CASE MANAGEMENT DEADLINES** |

    Plaintiffs ANDREW J. NALBANDIAN, JR. and GREGORY M. NALBANDIAN and Defendants LOCKHEED MARTIN CORPORATION and LOCKHEED MARTIN CORPORATION SALARIED EMPLOYEE RETIREMENT PROGRAM hereby stipulate, by and through their respective counsel, to continue the dates by which the parties are required to (1) meet and confer pursuant to Rule 26(f), which was scheduled to be completed by June 18, 2010; (2) file

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED CASE MANAGEMENT DEADLINES; Case No. CV 10-01242 JF
#1089811

1

a Rule 26(f) Report, which is currently due on or before July 2, 2010; (3) file Rule 26(a)(1) Initial Disclosures, which is currently due on or before July 2, 2010; and (4) attend the case management conference, which is currently scheduled for July 9, 2010. All of the current deadlines for these case management dates were set by the Court's March 25, 2010 ADR Scheduling Order (Docket #4).

The parties agree that each of the above referenced deadlines should be continued until after the Court rules on Defendants' Motion To Dismiss Claims Two Through Five of the Complaint and To Strike the Estate of Andrew J. Nalbandian, Sr. and Gregory M. Nalbandian as Plaintiffs ("Motion to Dismiss") (Docket #8), which is scheduled to be heard on August 27, 2010. The parties respectfully make this request because the parties believe that the issues presented in the case will be further clarified through the Court's ruling on the Motion to Dismiss, which clarification, in turn, will potentially affect the content and scope of the parties' Rule 26(f) conference, Rule 26(f) Report and Rule 26(a)(1) Initial Disclosures.

Therefore, in the interests of efficiency, cost effectiveness and judicial economy, the parties agree that each of the above referenced actions shall be rescheduled to dates occurring after the Court's ruling on the Motion to Dismiss as follows: (1) the case management conference shall be scheduled for Judge Fogel's first available Friday that is at least twenty-eight (28) days after the Court's ruling on the Motion to Dismiss; (2) the parties shall meet and confer pursuant to Rule 26(f) within seven (7) days following the Court's ruling on the Motion to Dismiss; (3) the parties shall file their Rule 26(f) Report and serve Rule 26(a)(1) Initial Disclosures within fourteen (14) days after the parties meet and confer. The case management conference scheduled for July 9, 2010 shall be taken off the calendar, provided the Court approves this stipulation.

The parties have made one previous modification to the case through the Stipulation re Extension of Time to Respond to the Complaint (Docket #5), which extended the time to respond to the complaint until May 27, 2010.

The parties' current request for a continuance of case management deadlines will not alter any other dates or deadlines set by Court order.

DATED: June 22, 2010

HERRIG & VOGT, LLP

By: /s/Marcus L. Turner
Marcus L. Turner
Attorneys for Plaintiffs
ANDREW J. NALBANDIAN, JR. and
GREGORY M. NALBANDIAN

DATED: June 22, 2010

TRUCKER ✦ HUSS

By: /s/Clarissa A. Kang
Clarissa A. Kang
Attorneys for Defendants
LOCKHEED MARTIN CORPORATION and
LOCKHEED MARTIN CORPORATION
SALARIED EMPLOYEE RETIREMENT
PROGRAM

I attest that I have obtained Mr. Turner's concurrence in the filing of this document.

Dated: June 22, 2010

/s/Clarissa A. Kang
Clarissa A. Kang

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __June 23__, 2010

Honorable Jeremy Fogel, Judge
United States District Court, District of Northern California

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED CASE MANAGEMENT DEADLINES; Case No. CV 10-01242 JF
#1089811

3