R. Bradford Huss, No. 71303
Clarissa A. Kang, No. 210660
Michelle L. Schuller, No. 255787
TRUCKER ✦ HUSS
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California  94104
Telephone:     (415) 788-3111
Facsimile:      (415) 421-2017
E-mail:          bhuss@truckerhuss.com
                    ckang@truckerhuss.com
                    mschuller@truckerhuss.com

Attorneys for Defendants
LOCKHEED MARTIN CORPORATION
and LOCKHEED MARTIN
CORPORATION SALARIED EMPLOYEE
RETIREMENT PROGRAM

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW J. NALBANDIAN, JR., an individual; GREGORY M. NALBANDIAN, an individual; and THE ESTATE OF ANDREW J. NALBANDIAN, SR., deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>LOCKHEED MARTIN CORPORATION, a Maryland corporation, as administrator and fiduciary of the Lockheed Martin Corporation Salaried Employee Retirement Program; LOCKHEED MARTIN CORPORATION SALARIED EMPLOYEE RETIREMENT PROGRAM, an Employee Pension Plan within the meaning of 29 U.S.C. §§ 1002(2)(a) and 1002(35); and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV 10-01242 JF<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO COMPLETE ADR TO OCTOBER 21, 2010** |

Plaintiffs ANDREW J. NALBANDIAN, JR. and GREGORY M. NALBANDIAN and Defendants LOCKHEED MARTIN CORPORATION and LOCKHEED MARTIN CORPORATION SALARIED EMPLOYEE RETIREMENT PROGRAM hereby stipulate, by and through their respective counsel, to continue to October 21, 2010, the deadline to complete mediation of the case through the Court's ADR Program.  The deadline to hold the mediation in the

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO HOLD A MEDIATION TO OCTOBER 21, 2010; Case No. CV 10-01242 JF
#1096351

1

case is currently September 21, 2010, as set by the Court's Order Selecting ADR Process (Docket #18) ("ADR Order").  The parties request a 30 day continuance of the deadline.

1. Plaintiffs and Defendants earlier agreed to participate in mediation pursuant to the Court's rules regarding alternative dispute resolution.

2. Pursuant to the ADR Order, the Court referred the parties to mediation, which was to be completed within 90 days from the date of the ADR Order.  The current deadline for holding the mediation in this case is September 21, 2010.

3. Counsel for the parties have conferred and agreed to schedule a mediation after the Court decides Defendant's Motion to Dismiss Claims Two Through Five of the Complaint and to Strike The Estate of Andrew J. Nalbandian, Sr. and Gregory M. Nalbandian as Plaintiffs (Docket #8) ("Motion to Dismiss"), which is currently pending before the Court and scheduled to be heard on August 27, 2010.  The mediator has agreed with the parties' preferred course of action and has scheduled to hold, on September 10, 2010, a pre-mediation phone conference pursuant to ADR Local Rule 6-4(a).

4. In light of the parties' request and Defendants' pending Motion to Dismiss, the Court previously continued the case management conference and related case management deadlines in an order dated June 23, 2010 (Docket #17).

5. The parties have discussed possible dates for mediation in this case and are aware that there is a narrow period of 11 calendar days (7 business days) between the September 10, 2010 pre-mediation phone conference and the September 21, 2010 deadline to mediate.  Because parties' attendance at mediation will require travel by the parties and/or parties' representatives, the parties believe that additional time to complete mediation would assist the parties and mediator to schedule the mediation for a mutually convenient date.

6. The parties request that the Court continue the deadline to complete mediation through the Court's ADR Program in order to facilitate the ability of the parties and the mediator to schedule mediation for a period of time after the pending Motion to Dismiss is decided.  The parties request that the Court continue the deadline to complete mediation by 30 days, to October 21, 2010.

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO HOLD A MEDIATION TO OCTOBER 21, 2010; Case No. CV 10-01242 JF
#1096351

2

7. The parties have made two previous modifications to the case through the Stipulation re Extension of Time to Respond to the Complaint (Docket #5), which extended the time to respond to the complaint until May 27, 2010, and the Stipulation and Order Continuing Case Management Conference And Related Case Management Deadlines (Docket #17).

8. The parties' current request for a continuance of the deadline to complete mediation will not alter any other dates or deadlines set by Court order.

DATED: July 26, 2010

HERRIG & VOGT, LLP

By: /s/Gina L. Moyles
Gina L. Moyles
Attorneys for Plaintiffs
ANDREW J. NALBANDIAN, JR. and
GREGORY M. NALBANDIAN

DATED: July 26, 2010

TRUCKER ✦ HUSS

By: /s/Clarissa A. Kang
Clarissa A. Kang
Attorneys for Defendants
LOCKHEED MARTIN CORPORATION and
LOCKHEED MARTIN CORPORATION
SALARIED EMPLOYEE RETIREMENT
PROGRAM

I attest that I have obtained Ms. Moyles' concurrence in the filing of this document.

DATED: July 26, 2010

/s/Clarissa A. Kang
Clarissa A. Kang

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 7/29, 2010

_____
Honorable Jeremy Fogel, Judge
United States District Court, District of Northern California

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO HOLD A MEDIATION TO OCTOBER 21, 2010; Case No. CV 10-01242 JF
#1096351

3