**E-Filed 8/6/2010**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ANDREW J. NALBANDIAN, JR., an individual; GREGORY M. NALBANDIAN, an individual; and THE ESTATE OF ANDREW J. NALBANDIAN, SR., deceased,<br><br>Plaintiffs,<br><br>v.<br><br>LOCKHEED MARTIN CORPORATION, a Maryland corporation, as administrator and fiduciary of the Lockheed Martin Corporation Salaried Employee Retirement Program; LOCKHEED MARTIN CORPORATION SALARIED EMPLOYEE RETIREMENT PROGRAM, an Employee Pension Plan within the meaning of 29 U.S.C. §§ 1002(2)(a) and 1002(35); and DOES 1 through 50, inclusive,<br><br>Defendants. | Case Number: 10CV1242 LHK<br><br>ORDER GRANTING JOINT STIPULATION IN PART<br><br>[re: docket no. 25] |

Pursuant to joint stipulation [dkt. #25], the parties' request for a continuance of case management deadlines is GRANTED WITH THE FOLLOWING CONDITIONS. The Court's ruling on Defendant's motion to dismiss [dkt. #8] will include a date for a Case Management Conference. Seven days in advance of the Case Management Conference, the parties shall file a Joint Case Management Statement in compliance with Rule 26 of the Federal Rules of Civil

1 Procedure and this Court's Standing Orders. Such Joint Case Management Statement shall also
2 include the information requested in paragraph ten of the Court's August 2, 2010 Reassignment
3 Order [dkt. #21].

**IT IS SO ORDERED.**

DATED: August 6, 2010

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case Number: 10CV1242 LHK
ORDER GRANTING JOINT STIPULATION IN PART