UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDREW J. NALBANDIAN, JR., et al., ) | Case No.: 10-CV-01242-LHK |
| ) | |
| Plaintiffs, ) | ORDER SETTING BRIEFING |
| v. ) | SCHEDULE REGARDING FEBRUARY |
| ) | 3, 2011 MOTION HEARING |
| LOCKHEED MARTIN CORP., et al., ) | |
| ) | |
| Defendants. ) | |

Defendants have filed a motion to dismiss, which is set for a hearing date of February 3, 2011.  *See* Dkt. #36.  The Court finds it appropriate to order expedited briefing on this motion.  Accordingly, Plaintiff's opposition or statement of non-opposition is due by Friday, January 7, 2011.  Any reply is due by Friday, January 14, 2011.

**IT IS SO ORDERED.**

Dated: December 10, 2010

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-01242-LHK
ORDER SETTING BRIEFING SCHEDULE