1  R. Bradford Huss, No. 71303
   Clarissa A. Kang, No. 210660
2  Michelle L. Schuller, No. 255787
   TRUCKER ✦ HUSS
3  A Professional Corporation
   100 Montgomery Street, 23rd Floor
4  San Francisco, California  94104
   Telephone:     (415) 788-3111
5  Facsimile:      (415) 421-2017
   E-mail:         bhuss@truckerhuss.com
6                  ckang@truckerhuss.com
                   mschuller@truckerhuss.com
7
   Attorneys for Defendants
8  LOCKHEED MARTIN CORPORATION
   and LOCKHEED MARTIN
9  CORPORATION SALARIED EMPLOYEE
   RETIREMENT PROGRAM
10
                    UNITED STATES DISTRICT COURT
11
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
12
13  ANDREW J. NALBANDIAN, JR., an          Case No. CV 10-01242 LHK
    individual; GREGORY M. NALBANDIAN,
    an individual; and THE ESTATE OF       **STIPULATION AND [~~PROPOSED~~]**
14  ANDREW J. NALBANDIAN, SR., deceased,   **ORDER CONTINUING FACT**
                                           **DISCOVERY DEADLINE**
15                     Plaintiffs,
16          vs.
17  LOCKHEED MARTIN CORPORATION, a
    Maryland corporation, as administrator and
18  fiduciary of the Lockheed Martin Corporation
    Salaried Employee Retirement Program;
19  LOCKHEED MARTIN CORPORATION
    SALARIED EMPLOYEE RETIREMENT
20  PROGRAM, an Employee Pension Plan
    within the meaning of 29 U.S.C. §§ 1002(2)(a)
21  and 1002(35); and DOES 1 through 50,
    inclusive,
22
                       Defendants.
23
24          Plaintiffs  ANDREW  J.  NALBANDIAN,  JR.  and  GREGORY  M.  NALBANDIAN  and

25  Defendants   LOCKHEED   MARTIN   CORPORATION   and   LOCKHEED   MARTIN

26  CORPORATION SALARIED EMPLOYEE RETIREMENT PROGRAM hereby stipulate, by and

27  through their respective counsel, to continue the date by which the parties are required to complete

28

1    fact discovery.  The current deadline of May 15, 2011 for completion of fact discovery was set by

2    the Court's February 3, 2011 Case Management and Minute Order (Docket # 50).

3         The parties agree and respectfully request that the deadline for the fact discovery be

4    continued to June 1, 2011.  The parties respectfully make this request to facilitate coordinating the

5    schedules of parties and parties' counsel during the remaining weeks of the discovery period.

6         The parties have made four previous modifications to deadlines in the case: (1) the

7    Stipulation re Extension of Time to Respond to the Complaint (Docket #5); (2) the June 23, 2010

8    Stipulation and Order Continuing Case Management Conference and Related Case Management

9    Deadlines (Docket # 17); (3) the July 30, 2010 Stipulation and Order Continuing Deadline to

10   Complete ADR to October 21, 2010 (Docket # 22); and (4) the August 6, 2010 Stipulation and

11   Order Continuing Case Management Statement and Related Case Management Deadlines (Docket

12   # 25).  All of the parties' previous modifications of deadlines were made before the Court issued its

13   February 3, 2011 Case Management and Minute Order (Docket #50).

14        The parties' current request for a continuance of the fact discovery deadline will not alter

15   any other dates or deadlines set by Court order  including the June 1, 2011 deadline to disclose experts.

16

17   DATED: March 29, 2011

                              HERRIG & VOGT, LLP

18

19                            By:  /s/Gina L. Moyles
                                   Gina L. Moyles
20                                 Attorneys for Plaintiffs
                                   ANDREW J. NALBANDIAN, JR. and
                                   GREGORY M. NALBANDIAN
21

22   DATED: March 29, 2011

                              TRUCKER ✦ HUSS
23

24                            By:  /s/Clarissa A. Kang
                                   Clarissa A. Kang
25                                 Attorneys for Defendants
                                   LOCKHEED MARTIN CORPORATION and
                                   LOCKHEED MARTIN CORPORATION
26                                 SALARIED EMPLOYEE RETIREMENT
                                   PROGRAM
27

28

1         I attest that I have obtained Ms. Moyles' concurrence in the filing of this document.

     Dated: March 29, 2011
2
                                        /s/Clarissa A. Kang
3                                       Clarissa A. Kang

4

5    PURSUANT TO STIPULATION, IT IS SO ORDERED.

6    DATED: __ March 30 ____, 2011

7                                       _Lucy H. Koh_____
                                        Honorable Lucy H. Koh
8                                       United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28