United States District Court
For the Northern District of California

1

2

3

4

5

6

7

8

9                      UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12   ANDREW J. NALBANDIAN, JR., an individual )   Case No.: 10-CV-1242-LHK
and GREGORY M. NALBANDIAN, an )
13   individual, )   ORDER SEEKING DEFENDANTS'
)   POSITIONS ON PLAINTIFFS' MOTION
14                 Plaintiffs, )   TO ENLARGE TIME AND PLANTIFFS'
)   MOTION FOR RECONSIDERATION
15       vs. )
)   (re: dkt. #61 and #65)
16   LOCKHEED MARTIN CORPORATION, a )
Maryland corporation, as administrator and )
17   fiduciary of the Lockheed Martin Corporation )
Salaried Employee Retirement Program; )
18   LOCKHEED MARTIN CORPORATION )
SALARIED EMPLOYEE RETIREMENT )
19   PROGRAM, an Employee Pension Plan within )
the meaning of 29 U.S.C. §§ 1002(2)(a) and )
20   1002(35); and DOES 1 through 50, inclusive, )
)
21                Defendants. )
)
22

23        According to the current schedule in this case, the last day to file dispositive motions is July

24   21, 2011; the hearing on dispositive motions is August 25, 2011; the pretrial conference is October

25   19, 2011; and the two-day bench trial is November 14-15, 2011.  *See* May 18, 2011 Case

26   Management Order [dkt. #60].  On July 5, 2011, Plaintiffs filed: (1) a motion for leave to file a

27   motion for reconsideration of the Court's February 1, 2011 Order Granting Defendants' Motion to

28   Dismiss Claims Two and Four of the First Amended Complaint with Prejudice [dkt. #49]; and (2) a

motion to enlarge time with respect to the last day to file dispositive motions and dispositive motion hearing so that Plaintiffs' motion for reconsideration (assuming leave is granted) may be heard and decided prior to those dispositive motion deadlines.  According to Plaintiffs, they just learned of a May 16, 2011 decision by the Supreme Court, *CIGNA Corp. v. Amara*, 131 S. Ct. 1866 (2011), which "materially changes the law" with respect to the claims at issue in this action. *See* Civ. L.R. 7-9(b)(2) (requiring a party seeking leave to file a motion for reconsideration to specifically show "the emergence of new material facts or a change of law occurring after the time" of the order for which reconsideration is sought).

The Court finds that Plaintiffs' motions, especially in light of the looming July 21, 2011 dispositive motion filing deadline and the August 25, 2011 dispositive motion hearing deadline, merit a response from Defendants.  Accordingly, by Monday, July 11, 2011, Defendants shall file a response to Plaintiffs' motions.  Defendants' response shall not exceed ten (10) pages.

**IT IS SO ORDERED.**

Dated: July 6, 2011

LUCY H. KOH
United States District Judge

2

Case No.: 10-CV-1242-LHK
ORDER SEEKING DEFENDANTS' POSITIONS