R. Bradford Huss, No. 71303
Clarissa A. Kang, No. 210660
Michelle L. Schuller, No. 255787
TRUCKER ✦ HUSS
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California 94104
Telephone:    (415) 788-3111
Facsimile:    (415) 421-2017
E-mail:       bhuss@truckerhuss.com
              ckang@truckerhuss.com
              mschuller@truckerhuss.com

Attorneys for Defendants
LOCKHEED MARTIN CORPORATION
and LOCKHEED MARTIN
CORPORATION SALARIED EMPLOYEE
RETIREMENT PROGRAM

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW J. NALBANDIAN, JR., an individual; GREGORY M. NALBANDIAN, an individual; and THE ESTATE OF ANDREW J. NALBANDIAN, SR., deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>LOCKHEED MARTIN CORPORATION, a Maryland corporation, as administrator and fiduciary of the Lockheed Martin Corporation Salaried Employee Retirement Program; LOCKHEED MARTIN CORPORATION SALARIED EMPLOYEE RETIREMENT PROGRAM, an Employee Pension Plan within the meaning of 29 U.S.C. §§ 1002(2)(a) and 1002(35); and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV 10-01242 LHK<br><br>**DECLARATION OF KATHLEEN ROOS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:       August 25, 2011<br>Time:       1:30 p.m.<br>Location:   San Jose, Courtroom 8, 4th Floor<br>Judge:      Hon. Lucy H. Koh |

I, Kathleen Roos, declare:

1. Each of the facts stated herein is true, correct and within my personal knowledge or, if stated on information and belief, is true and correct to the best of my information and belief. If called upon as a witness, I could and would testify as to the truth of these statements.

2. I am an Employee Benefits Representative Senior in the Pension Plan Services Department for Lockheed Martin Corporation ("LMC"), which is a party in this action. I have held this position since approximately 2004. In this position, I am familiar with the terms of the Lockheed Martin Corporation Salaried Retirement Program (the "Plan") and the Summary Plan Description for the Plan. I also carry out ministerial duties with regard to the claims and appeal process under the Plan, including gathering documents for, and researching, claims and appeals for benefits under the Plan. I am present at the meetings of the Lockheed Martin Pension Plans Administrative Committee (the "Committee") at which appeals for Plan benefits are decided. I am responsible for compiling the materials that the Committee reviews in connection with its determination of an appeal for Plan benefits. I am familiar with the claim for benefits and appeal made by Plaintiff Andrew Nalbandian, Jr. through the Plan's internal claims and appeals process, the contents of the administrative record that was before the Lockheed Martin Pension Plans Administrative Committee (the "Committee") when it decided Andrew Nalbandian, Jr.'s appeal for survivor benefits arising from the death of his father, Andrew Nalbandian, Sr.

3. Attached as Exhibit 1 is a true and correct redacted copy of the administrative record that was before the Committee when it determined Andrew Nalbandian, Jr.'s appeal for benefits from the Plan in 2009. I was responsible for compiling these documents for the Committee prior to the Committee meeting at which Andrew Nalbandian, Jr.s' appeal was decided. I have been informed, and on that basis, believe, that the administrative record was produced by Defendants to Plaintiffs in course of discovery for this litigation, as evidenced by the Bates numbers LMC 000001 to 000041 on the documents. Social security numbers and dates of birth have been redacted from documents.

---

DECLARATION OF KATHLEEN ROOS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; Case No. CV 10-01242 LHK

2

#1182623

4. Attached as Exhibit 2 is a true and correct copy of the Lockheed Martin Corporation Salaried Employee Retirement Program Master Plan Document for Salaried Plan and RIP Components, as amended and restated effective January 1, 2008. This is the Plan document under which Andrew Nalbandian, Jr.'s appeal was decided. (LMC 000265-453)

5. Attached as Exhibit 3 is a true and correct copy of the Summary Plan Description for the Plan, effective January 1, 2005. This is the summary plan description under which Andrew Nalbandian, Jr.'s appeal was decided. (LMC 000454-489)

6. Attached as Exhibit 4 is a true and correct copy of an October 16, 2009 letter to Edward M. Bernard, attorney for Andrew Nalbandian, Jr., from Clare O'Callaghan on behalf of the Lockheed Martin Pension Plans Administrative Committee. This letter is the Committee's notification to Andrew Nalbandian, Jr. regarding the Committee's determination of his appeal. (LMC 000543-546)

7. Affiliated Computer Services is a third-party vendor of Lockheed Martin Corporation that provides ministerial administrative functions for the Plan by operating the Lockheed Martin Corporation Employee Service Center ("LMCESC").

8. Attached as Exhibit 5 is a true and correct copy of a letter from the LMCESC to Andrew J. Nalbandian, Sr. and a Pension Benefit Calculation Statement addressed to Andrew J. Nalbandian, Sr., both dated September 15, 2008. (LMC 000938-943)

9. Attached as Exhibit 6 is a true and correct copy of a retirement benefit packet that the LMCESC prepared on or before January 29, 2009 for Andrew J. Nalbandian, Sr. Excerpts of this benefit packet were included in the administrative record that was before the Committee when it determined Andrew Nalbandian, Jr.'s appeal. (NAL 0000003-67) Within the administrative record, these excerpts are found at Bates numbered pages LMC 0000030-37.

10. Attached as Exhibit 7 is a true and correct copy of materials that LMCESC sent to Andrew J. Nalbandian, Sr. dated February 19, 2009 regarding the termination of his medical coverage (active employee coverage, as opposed to retiree coverage) and his life insurance and

informing him of his ability to convert his group coverage into individual coverage. (LMC 000793-94, 000798-800)

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Executed this 19th day of July, 2011, in Rockville, Maryland.

*Kathleen Roos*
Kathleen Roos

---

DECLARATION OF KATHLEEN ROOS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; Case No. CV 10-01242 LHK

4

#1182623