# EXHIBIT 2, Part 3

whether he is eligible for, or for continuance of, the disability retirement benefits. If on the basis of such examination, it is found by the Plan Administrator that he, at any time prior to attaining age 65, is not totally and permanently disabled, his request shall be denied, or if he is already receiving disability retirement benefits, such benefits shall cease if it is found that he is either no longer totally and permanently disabled or has engaged in any gainful employment, except as provided above in Section 4(b), subsequent to his prior qualification. In the event he fails within 30 days after notice to submit to medical examination, his request for disability retirement benefits will be denied or the disability retirement benefits shall cease, as the case might be, until he submits to such examination, after which his eligibility or continued eligibility, may be determined as provided above. If at any time his disability retirement benefits are discontinued, upon reestablishing eligibility, his disability retirement benefits shall be resumed on the first day of the next month subject to the same conditions as would have applied had his disability retirement benefits not ceased to be payable, but in no event shall payments be made with respect to the interim period.

(d) Commencement of Disability Retirement Benefit. A Transition Salaried Participant otherwise eligible for disability retirement benefits under this Section (4) shall receive a monthly disability retirement benefit as of the first day of the month on which he has satisfied the requirements of Section (4)(a)(iv). In the event the determination of a Participant's eligibility for a disability retirement benefit is made after such Participant has satisfied the requirements of Section (4)(a)(iii), such Participant shall be entitled to benefits (without interest) from the date of disability described in Section (4)(a)(iii).

(e) Determination of Disability Retirement Benefit. The amount of his disability retirement benefit under this Section (4) shall be an amount equal to the amount of normal retirement benefit computed under Section (2)(a)(i)(B) only, but without an early retirement reduction because he has not attained age 65. The form of the disability benefit shall any form selected by the Participant otherwise available under the Plan, other than a Social Security Level Income option.

(f) Reduction Rule. The amount of disability benefit computed under Section (4)(e) shall be reduced by the amount by which any worker's compensation or disability benefits from time to time payable (determined on a monthly basis) exceeds 60 percent of the base rate of pay prior to disability in effect on the date of Termination of Employment divided by 12, if such benefits have been provided in whole or in part by premiums, contributions, taxes or other payments paid by or at the expense of the Corporation or provided under any other retirement plan for Employees of the Corporation or of any other corporation which is a subsidiary or affiliated corporation of the Corporation to the extent that benefits, based upon years which retirement benefits or disability retirement benefits, under such other retirement plan are based upon years which constitute Credited Service for the purpose of computing the amounts of benefits under this Plan. If a periodic worker's compensation benefit is settled on a lump sum basis, the reduction for

WDC/160204.1

LMC 000391

the periodic benefit shall nevertheless be made for the period determined by dividing the lump sum settlement by the periodic benefit.

(g) <u>Cessation at Age 65</u>.  Beginning as of the first day of the month after a Participant receiving or eligible to receive a monthly disability retirement benefit under this Section (4) reaches age 65, no further monthly disability retirement benefit shall be payable and in lieu thereof he shall be entitled to a normal retirement benefit computed in accordance with the other provisions of the Plan on the basis of his Credited Service at the time he became eligible for a disability retirement benefit and such monthly normal retirement benefit shall thereafter be payable in accordance with the other provisions of this Plan, including the ability to select a different form of benefit.

(h) <u>Special Rule Regarding Disability Benefit Paid to Transition Salaried Participant</u>.  If on the effective date of a Transition Salaried Participant's disability retirement benefit, such Participant shall be living and shall have a Spouse, except as otherwise elected in accordance with the spousal consent rules of the Plan, such benefit shall be paid in the form of a qualified joint and survivor annuity.  The joint and survivor annuity shall be payable in accordance with Article VI(1) of the Plan, except that the effective date of the benefit shall be the date of commencement of the Participant's disability retirement benefit and the benefit will end with the last payment due prior to the earlier of the Participant's death, attainment of Normal Retirement Age or other termination of disability retirement benefit.  Survivor annuity benefits will be payable to the Participant's Spouse only if the Participant dies before his disability retirement benefits terminate either (1) because he attained Normal Retirement Age or (2) in accordance with this Section (4).

(5)    **DEATH BENEFITS.**

This Section (5) applies only to Transition Salaried Participants who retire from active service, as determined under the provisions of the Plan in effect on June 30, 1997, on or prior to July 1, 2002.  Upon the death of any Transition Salaried Participant who, at the time of death, is eligible to receive retirement benefits, there shall be payable in one sum, to the Participant's Beneficiary, a death benefit in an amount equal to (a)  times (b), where:

(a) 2.25 times the Participant's annual base salary (up to the limit specified in Code Section 401(a)(17), as adjusted by the Internal Revenue Service) date of his Termination of Employment, but such product shall not be greater than $750,000; and

(b)     <u>for any retiree over 65 at death, 10%,</u>
        for any early retiree age 60-64 at death, 15%,
        for any early retiree age 55-59 at death, 20%, and
        for any retiree receiving disability retirement benefits under Section (4), 10%

WDC/160204.1

LMC 000392

The death benefit payable under this Section (5) shall be reduced in amount by the amount of any death benefit paid with respect to the death of any such retiree under any other insurance plan or any other retirement plan sponsored by a member of the Control Group, (but not including the Lockheed officers death benefit).

(6)     PROTECTED SALARIED FORMS OF BENEFIT

Only for benefits accrued under the Plan prior to July 1, 1997, a Transition Salaried Participant may elect, in lieu of any of the option forms of benefit in Article VI, to receive his benefit in a form provided by the Plan in effect on June 30, 1997 and not provided in Article VI.

(7)     PRE-RETIREMENT SURVIVING SPOUSE BENEFIT

The amount of the pre-retirement surviving Spouse benefit to which a Spouse of a Transition Salaried Participant is entitled under Article VII shall be based upon the rules in this Annex for determining the Participant's benefit. However, the rules in Article VII with respect to determining the appropriate early retirement factor based on the status of the Participant at the time of death shall apply. For example, if the Participant had not yet Terminated Employment and had satisfied the requirements for early retirement at the time of his death, the Spouse will be entitled to an amount she as Contingent Annuitant would receive assuming the Participant had retired at his own initiative on the first of the month following the date of his death with a Joint and Survivor Option, 100 percent continuation, with the Participant's benefit determined under Section 2 of this Annex.

(8)     SPECIAL PROVISIONS FOR CERTAIN COVERED GROUPS

The rights and benefits of a Participant in this Plan, or under a plan merged into this Plan, were prior to such merger, and shall continue to be, subject to certain special provisions for the respective former plan, as set forth in this Section (8). For purposes of determining the Accrued Benefit of a Transition Salaried Participant under this Annex, the following provisions shall apply with respect to certain groups of Participants:

(a) Lockheed Space Operations Company Employees.

Notwithstanding any other provision of the Plan, effective October 1, 1983, the Plan shall apply to Employees of Lockheed Space Operations Company (LSOC) in accordance with the following provisions:

(i)     Participation. No such Employee shall become a Participant of the Plan by virtue of employment with LSOC; however, any such Employee who was a Participant immediately prior to commencement of such employment by virtue of being employed elsewhere in the Corporation shall continue to be a Participant subject to the limitations set forth in this Section (8)(a).

WDC/160204.1

LMC 000393

(ii)    <u>Credited Service</u>. No such Employee shall receive Credited Service under the Plan for service with LSOC.

(iii)    <u>Average Excess Pensionable Earnings</u>. Even though no Credited Service under the Plan accrues to LSOC Employees, the Transition Average Excess Pensionable Earnings for such Employees shall be determined at the time of computation of benefits as though the provision of the Plan pertaining to Credited Service had continued to provide for accrual by such Employees during employment with LSOC.

(iv)    <u>85 Rule</u>. Service of an LSOC Employee under the Plan that would constitute Credited Service, except for the application of this Section (8)(a), shall be utilized in determining Rule of 85 Service.

(b) <u>Lockheed Technical Operations Company Employees.</u>

(i)    Notwithstanding any other provision of the Plan, a Participant who, as an Employee of Lockheed Technical Operations Company, has an Hour of Service after November 30, 1987, and who incurs a Break in Service before he reaches Normal Retirement Age in a manner other than by early retirement under the Plan (without respect to any provisions applying to layoffs), disability retirement under the Plan, or death, either:

(A)    After he has at least five years of Credited Service, Vesting Service, or Benefit Eligibility Service; or

(B)    As a result of termination of such Company's Contract No. F04690-88-C-0001,

shall be entitled to retire and, by applying to the Plan Administrator, receive a deferred monthly retirement benefit.

Except as provided in the following paragraph, such benefit shall commence on his Normal Retirement Date.

(ii)    <u>Early Retirement Eligibility Rule</u>. A Participant who incurs a Break in Service and who becomes entitled to a deferred monthly retirement benefit under the provisions of this Section (8), may elect to have the payment of such benefit begin (subject to reduction in amount as provided below) on or after the first day of any calendar month following the month in which he attains age 55.

The amount of such deferred monthly Retirement Benefit shall be reduced to an amount which is determined using the Transition Terminated Early Retirement Factors, as of the date payment of such benefit begins, of the

B-12

LMC 000394

amount which would have been payable had payment not begun until the first day of the calendar month following the month in which such Participant attains age 65.

(iii)    Automatic Pre-Retirement Surviving Spouse Annuity.

(A)    <u>Death After Attaining Age 55</u>.  If at the time of his death a Participant entitled to a deferred monthly retirement benefit under the provisions of Section (6)(c)(i) has attained age 55 but has not reached Normal Retirement Age, the Participant's surviving Spouse shall receive the survivor annuity benefit, if any, that such Spouse would have received had the Effective Date of the Participant's retirement benefit occurred on the day before the Participant's death and the Participant had elected the 100 percent Joint and Survivor Option described in Article VI(2)(a).  Such benefits will be payable to the surviving Spouse as of the first day of the month following the Participant's death.

(B)    <u>Death Before Attaining Age 55</u>.  If at the time of death a Participant entitled to a deferred monthly retirement benefit under the provisions of Section (8)(b)(i) hereof has not attained age 55, the Participant's surviving Spouse shall receive the survivor annuity benefit, if any, which such Spouse would have received had the Participant (i) Terminated Employment on the date of his death (if he had not previously Terminated Employment), (ii) survived to age 55, (iii) elected to receive the 100% Joint and Survivor Annuity Option described in Article VI(2)(a) commencing on the first day of the month following his 55th birthday and (iv) died immediately thereafter.  Such benefits will be payable to the surviving Spouse as of the first day of the month following the date the Participant would have attained age 55.

(c)    <u>Employment by Airport Group International (formerly known as Lockheed Air Terminal, Inc. ("LAT"))</u>.

Notwithstanding any other provision of the Plan, effective as of the closing date (the "AGI Closing Date") of the agreement between Lockheed Corporation and Newco with Soros Capital, L.P. dated as of January 19, 1995, which provided for the transfer to Newco of Lockheed Corporation*s interest in Lockheed Air Terminal, Inc. (the "LAT Transaction"), the Plan shall apply to certain employees of Airport Group International ("AGI") in accordance with the following provisions:

(i)    <u>Participation</u>.  No employee of AGI shall be eligible to become a Participant of the Plan; however any individual who was an employee of

LMC 000395

AGI on the AGI Closing Date, excluding employees on layoff for two or more years as of the AGI Closing Date, and who immediately prior to becoming an employee of AGI was a Participant of the Plan shall continue to be a Participant subject to the limitations set forth in this Section (8)(c).

(ii)   Service Credited Service, Benefit Eligibility Service, and Vesting Service as of December 24, 1995 shall include applicable service with AGI from the date the Participant is first employed by AGI through December 24, 1995.  Except for the limited purposes of effecting the provisions of this Section (8)(c), no such Employee shall receive credit for service with AGI subsequent to December 24, 1995.

(iii)  Early Retirement/Disability Retirement  Service of a Participant for AGI that would constitute service under the Plan but for Section (8)(c)(ii) shall be utilized in determining eligibility for Early Retirement under the Plan as of June 30, 1997.  However, such service with AGI shall not be considered Benefit Eligibility Service for purposes of determining eligibility for disability benefits under Section (4) or Rule of 85 Service.

(iv)   Deferred Monthly Retirement  Service of a Participant for AGI that would constitute service under the Plan but for Section (8)(c)(ii) shall be utilized in determining eligibility for vested benefit upon termination of employment.  In addition, service of a Participant for AGI that would constitute service under the Plan but for Section (8)(c)(ii) as well as age attained by a Participant while working for AGI shall be utilized in applying the rules contained in Section 6.03(D) of the Plan in effect on June 30, 1997.

(v)    Payment of Benefits.  A Participant who continues to work for AGI after December 24, 1995 may apply for benefits under the Plan prior to termination of service with AGI if he satisfies the age and service requirements for the benefit (taking into account the provisions of this Section (6)(d)).

(d)   Special Provisions with Respect to Employees and Beneficiaries of the Fort Worth and Abilene Divisions.

(i)    Definitions.  Wherever the following terms are used in this Section(8)(d) with the first letter capitalized, they shall have the meanings specified below.

"Closing Date" shall mean February 15, 1993.

"Salaried Benefit" shall mean the benefit calculated and the benefit payment options described in the provisions of this Plan other than the

LMC 000396

Prior Plan Benefit.  With respect to any individual, the Salaried Benefit shall be computed by taking into account such individual's service and compensation with Lockheed Martin Corporation for all purposes under the Plan, and by taking into account such employee's service and compensation with General Dynamics Corporation solely for purposes of vesting, computation of Transition Average Excess Pensionable Earnings, eligibility for early retirement, eligibility for early retirement subsidies under the Plan and determination of eligibility for the supplement in Section (2)(b)(iii).

"Prior Plan" shall mean that benefit structure of the General Dynamics Retirement Plan (Government) entitled the General Dynamics Retirement Plan for Salaried Employees attributable to the Fort Worth and Abilene Divisions of General Dynamics Corporation.

"Prior Plan Benefit" shall mean the benefit calculated using the early retirement factors described in Appendix A to the Plan in effect on June 30, 1997.  With respect to any individual, the Prior Plan Benefit shall be computed by taking into account (i) such individual's service with General Dynamics Corporation for all purposes under the Prior Plan Benefit and (ii) such individual's service with Lockheed Martin Corporation solely for purposes of vesting, eligibility for early retirement and early retirement subsidies under the Prior Plan Benefit.  In addition, with respect to any such individual, the Prior Plan Benefit shall be computed by taking into account such individual's compensation with General Dynamics and Lockheed Martin Corporation.  Notwithstanding anything in the Plan to the contrary, any optional form of benefit applicable to any Accrued Benefit as of the Closing Date shall be retained as an optional form of benefit under the Plan, but, to the extent not otherwise provided under the Plan, only with respect to benefits accrued as of the Closing Date.

"Transferred Employee" shall mean any individual who was a salaried employee of the Fort Worth or Abilene Division of the General Dynamics Corporation immediately before the Closing Date and who is a salaried employee of Lockheed Corporation after the Closing Date.

"Transferred Individual" shall mean any individual (i) who immediately before the Closing Date was a participant or beneficiary under the Prior Plan, (ii) who is not an employee of General Dynamics Corporation (including as an "employee" for this purpose any salaried employee of General Dynamics Corporation on layoff) on the day after the Closing Date, and (iii) whose benefit liabilities (and the appropriate amount of assets to support those benefit liabilities) were transferred to the Plan from the Prior Plan in accordance with Section 10.5(a) of the Asset Purchase

B-15

LMC 000397

Agreement dated as of December 8, 1992, between Lockheed Corporation and General Dynamics Corporation.

(ii)     Benefits Provided to Transferred Employees or Transferred Individuals.

Except as provided under paragraph (iii) below, the retirement benefit of a Transferred Employee shall be determined under Section (2), (3), or (4), as applicable.

A Transferred Individual shall receive the Prior Plan Benefit and (except as provided otherwise in paragraph (iii) below) shall receive no other benefits under the Plan.

(iii)    A Transferred Employee who is also a Transferred Individual shall receive:

(A)    the Prior Plan Benefit with respect to service accrued as of the Closing Date, and

(B)    the benefit determined under Section (2), (3), or (4), as applicable, with respect to service accrued after the Closing Date.

In no event, however, shall the Accrued Benefit of a Transferred Employee or a Transferred Individual be less than such person's benefit determined as of February 15, 1993.

## (9)    INCREASE IN BENEFITS FOR CERTAIN RETIREES

This Section (9) applies only to persons who terminated service under the Plan before June 1, 1997 and after November 30, 1996, provided such Participant was eligible and elected to start receiving benefits under the Plan on the first of the month following termination of service. Effective July 1, 1997, such Participants' retirement benefit shall be increased by an amount, if any, equal to the excess of (a) over (b), where (a) equals:

the greater of the amount in (i) or (ii) below:

(i)     the amount determined using the Core Formula and Core Final Average Pensionable Earnings applied to the Participant's Credited Service as if the Core Formula had been effective on the date such Participant retired from active service, which amount shall be adjusted to reflect the form and starting date of the benefit being paid using the reduction factors described in Article I(11)for form and the adjustment factors in Article V for starting date;

WDC/160204.1

LMC 000398

(ii)     the benefit determined using the Salaried Plan Formula adjusted to reflect the form and starting date of the benefit being paid using the reduction factors described in Article I(11)for form and the adjustment factors in Section 2(b) of this Annex for starting date.

and (b) equals:

the benefit the Participant was eligible to receive as of the date such Participant retired from active service, in the form in which it was paid on such date.

Such increase, if any, shall be payable in the same form of payment as originally elected by the Participant.

In addition to the benefit increase described above, if a Participant meets the requirements of this Paragraph (9) and also meets the requirements of Article V(4), such Participant shall be entitled to receive the supplemental payment described in Article V(4) until the Participant reaches age 62.

WDC/160204.1

LMC 000399

IN WITNESS WHEREOF, Lockheed Martin Corporation has caused this instrument to be executed on this 19 day of February 2002.

**LOCKHEED MARTIN CORPORATION**

By: _Terry F. Powell_

Terry F. Powell
Senior Vice President, Human Resources

WITNESS:

WDC/160204.1

B-18

LMC 000400

# LOCKHEED MARTIN CORPORATION RETIREMENT PROGRAM
## RIP II ANNEX

This Annex is included in the Plan in order to allow certain employees of the Corporation to continue after June 30, 1997 to accrue certain benefits under terms similar to those of the Plan in effect on June 30, 1997. The portion of the Plan other than this Annex shall apply to all RIP II Participants, and Sections (1) through (6) of this Annex shall apply to Transition RIP II Participants (as defined below) only to the extent those sections differ from the remainder of the Plan, and Section (7) of this Annex shall apply to certain RIP II Participants who retired from active service after December 1, 1996 and prior to July 1, 1997 only to the extent such section differs from the remainder of the Plan. Nothing in this Annex shall cause any Participant to receive duplicate credit for the same period of service or to receive duplicate benefits with respect to the same period of time. All references in this Annex to a "Section" shall be a reference to a Section in this Annex, unless specifically indicated otherwise, and all references in this Annex to an "Article" shall be a reference to an Article in the Plan document other than this Annex.

Prior to December 31, 1997, RIP II constituted a separate plan within the meaning of Code Section 414(e) and Treasury Regulation 1.414(e)-1(b)(1). Effective December 31, 1997, RIP II was merged into RIP. With respect to periods after December 31, 1997, the term "RIP II" or "RIP II Plan" will mean the RIP II component of the RIP Plan.

## (1)    DEFINITIONS

ADDITIONAL PENSION:

> The amount described in Section (6)(l) (Minimum Pension).

(a)    CORE ACTIVE EARLY RETIREMENT FACTOR:

> A reduction of the amount of the retirement benefit of a Participant who retires from active service prior to his Normal Retirement Date equal to 5/12ths of one percent for each complete month by which commencement of a Participant's retirement benefit precedes the first of the month following the attainment of age 60.

(b)    CORE FINAL AVERAGE PENSIONABLE EARNINGS:

> Final Average Pensionable Earnings as defined in Article I(13).

(c)    CORE FORMULA:

> The benefit accrual formula described in Article V(1) and using Core Final Average Pensionable Earnings.

WDC/160165.1

LMC 000401

(d)    CORE PENSIONABLE EARNINGS:

Pensionable Earnings as defined in Article I(18).

(e)    CORE TERMINATED EARLY RETIREMENT FACTOR:

A reduction of the amount of the retirement benefit of a Participant who Terminates Employment (other than by death) prior to being eligible to receive retirement benefits and who later retires prior to his Normal Retirement Date equal to the factors in the table below, based on the Participant's age on the Benefit Commencement Date, with proportionate reduction for non-integer commencement ages:

| Commencement Age | Reduction | Commencement Age | Reduction |
|---|---|---|---|
| 65 | 0% | 59 | 48.6% |
| 64 | 10.1% | 58 | 53.9% |
| 63 | 19.4% | 57 | 58.4% |
| 62 | 27.9% | 56 | 62.1% |
| 61 | 35.6% | 55 | 65.0% |
| 60 | 42.5% | | |

(f)    EMPLOYEE TRANSFER DATE:

April 5, 1993, the day on which former employees of General Electric Company became Employees of Martin Marietta Corporation pursuant to the agreement between the Martin Marietta Corporation, General Electric Company, and Parent Corporation dated November 22, 1992, except that, for purposes of Employees who were Transferred Employees under the Lakeland Transfer Agreement, the Employee Transfer Date shall be the date on which the transaction contemplated by that Agreement closed, provided further that "Employee Transfer Date" shall mean January 1, 1996, in the case of a Fort Wayne Transferred Employee.

(h)    FORT WAYNE TRANSFERRED EMPLOYEE:

An employee who was (i) employed by the General Electric Company on December 31, 1995 and (ii) became an Employee of the Corporation on January 1, 1996, or such later date in accordance with the terms of the agreement between the General Electric Company and Martin Marietta Corporation effective January 1, 1996 pursuant to which certain employees of the General Electric Company became Employees and assets and liabilities in respect of those Employees were transferred from the GE Pension Plan to this Plan.

LMC 000402

(i)     GE PENSION PLAN:

The GE Pension Plan in effect on the day before the Employee Transfer Date.

(j)     INTEREST:

Under the provisions of subsections (g) (Personal and Voluntary Pension Accounts), (i) (Payments Upon Death), (j) (Payments Upon Termination of Employment), and (k) (Accrued Benefit) of Section (6) Interest shall mean interest determined at the beginning of the year at an annual rate equal to the average annual 10-year constant maturity yield on U.S. Treasury Securities for the preceding three years.

(k)     PERSONAL PENSION ACCOUNT:

For purposes of Section (6), Personal Pension Account shall mean the amount described in Section (6)(g) (Personal and Voluntary Pension Accounts).

(l)     PERSONAL PENSION ACCOUNT ANNUITY:

For purposes of Section (6), Personal Pension Account Annuity shall mean the amount described in Section (6)(c)(iii).

(m)     REGULAR PENSION:

For purposes of Section (6), Regular Pension shall mean the amount described in Section (6)(c)(i)(a).  The Regular Pension does not include the Personal Pension Account Annuity, the Voluntary Pension Account Annuity, or any supplemental payment under section (6)(e) (Supplemental Payments) nor any Additional Pension under Section (6)(l) (Minimum Pension).

(n)     RIP II COMPENSATION:

RIP II Compensation means all salary or wages from an Employing Company, including payments for overtime, vacation pay, night shift bonus, cost of living adjustment, and any deferral or reduction in salary or wages elected by an Employee in accordance with a plan established under section 125 or 401(k) of the Code and, effective for plan years beginning on or after January 1, 1998, elective deferrals that are not included in the gross income of the participant by reason of Section 132(f)(4) of the Code, but excluding, unless their inclusion is specifically approved by the Plan Administrator (Board of Directors or a committee thereof, in the case of incentive compensation), one half of incentive compensation, commissions, living allowances, retainers, and special payments made for services performed outside his regular duties, and any other special payments.  RIP II Compensation will not be reduced for any purpose under the Plan by pay reductions which are made as the result of a general wage or salary reduction program approved by the Plan Administrator.

LMC 000403

In addition to other applicable limitations set forth above, and notwithstanding any other provision of the Plan to the contrary for Plan Years beginning on or after January 1, 1994, the RIP II Earnings of each Participant taken into account under the plan shall not exceed the OBRA '93 annual compensation limit. The OBRA '93 annual compensation limit is $150,000, as adjusted by the Secretary of the Treasury for increases in the cost of living in accordance with Section 401(a)(17)(B) of the Code. The cost-of-living adjustment in effect for a calendar year applies to any period, not exceeding 12 months, over which compensation is determined (the "determination period") beginning in such calendar year. If a determination period consists of fewer than 12 months, the OBRA '93 annual compensation limit will be multiplied by a fraction, the numerator of which is the number of months in the determination period, and the denominator of which is 12.

(o)     RIP II FORMULA:

For purposes of the Annex, the RIP II Formula shall be the same as the formula in Article V(1), except that 1.165% shall be substituted for 1.25% in Article V(1)(a) and Transition Final Average Pensionable Earnings shall be substituted for Final Average Pensionable Earnings in Article V(1)(a) and (c).

(p)     SPECIAL COVERED COMPENSATION:

Special Covered Compensation shall mean, for each year, Social Security Covered Compensation minus the difference between $18,000 and Social Security Covered Compensation of an employee attaining age 65 in 1992. For Employees over age 65 in any calendar year, Special Covered Compensation is the amount of the Employee's Special Covered Compensation in the calendar year in which the Employee attained age 65.

(q)     TRANSITION ACTIVE EARLY RETIREMENT FACTOR:

A reduction of the amount of the retirement benefit of a Participant who retires from active service prior to his Normal Retirement Date equal to 7/12ths of one percent for each complete month by which commencement of a Participant's retirement benefit precedes the first of the month following the Participant's attainment of age 60. This 7/12ths-percent shall be reduced by 0.14/12ths of one percent for each complete year of Benefit Eligibility Service in excess of five at early retirement, but shall not become less than 3.5/12ths of one percent.

(r)     TRANSITION FINAL AVERAGE PENSIONABLE EARNINGS:

The average amount of Transition Pensionable Earnings determined by taking the amount of Transition Pensionable Earnings of an Employee during the three calendar years selected from the most recent ten calendar years of his Period of Employment as defined in Article III(1) in respect of which he shall have the

LMC 000404

greatest aggregate amount of Transition Pensionable Earnings, and dividing such amount by three. For purposes of this paragraph, the term "calendar years" shall exclude (i) any period during which such Employee received benefits under the Corporation's Long Term Disability Plan and (ii) the year during which such Employee terminated service, unless such termination occurs on December 31 of such year. In the case of an Employee whose Period of Employment shall not include three calendar years, or in the case where Transition Pensionable Earnings of a Participant for a calendar year are not available or there is an insufficiency of information to properly determine the Transition Final Average Pensionable Earnings, then the Transition Final Average Pensionable Earnings for such Participant shall be as determined in a non-discriminatory manner by the Plan Administrator based upon such information as is available.

(s)    TRANSITION PENSIONABLE EARNINGS:

For Plan Years prior to January 1, 1995 (or, for Fort Wayne Transferred Employees, January 1, 1996), Transition Pensionable Earnings means all salary or wages from an Employing Company on and after the Employee Transfer Date, including payments for overtime, vacation pay, night shift bonus, cost of living adjustment, and any deferral or reduction in salary or wages elected by an Employee in accordance with a plan established under section 125 or 401(k) of the Code, but excluding, unless their inclusion is specifically approved by the Plan Administrator (Board of Directors or a committee thereof, in the case of incentive compensation), one half of incentive compensation, commissions, living allowances, retainers, and special payments made for services performed outside his regular duties, and any other special payments. Compensation will not be reduced for any purpose under the Plan (other than determining Employee contributions) by pay reductions which are made as the result of a general wage or salary reduction program approved by the Plan Administrator.

For Plan Years after December 31, 1994 (or, for Fort Wayne Transferred Employees, December 31, 1995), Transition Pensionable Earnings means total compensation paid by an Employing Company during each calendar year, *including* overtime, shift differential, commissions and other variable compensation plan payments, payments awarded during such calendar year under the Lockheed Martin Corporation Management Incentive Compensation Plan, lump-sum merit payments in lieu of a salary increase, spot awards, supplemental incentive compensation, and any contributions made by the Employing Company to the Lockheed Martin Corporation Salaried Savings Plan pursuant to the employee's deferral election, but *excluding* retention bonuses, rate guarantees, field service pay, sickness and accident benefits, discretionary incentive compensation, compensation in lieu of vacation time, severance pay, payments for education allowance, relocation allowance, overseas or domestic allowance, rental allowance, rental assistance, travel allowance, vacation allowance, mortgage allowance, imputed income, Employing Company contributions to this

LMC 000405



Plan or to any other benefit plan (other than before-tax elective deferrals or contributions under a plan subject to Code section 125), and those types of payments normally made only to highly compensated employees (as defined in Code Section 414(q)), including, but not limited to, completion bonuses and payments from long term incentive compensation plans. Transition Pensionable Earnings shall include any amount which is contributed by an Employing Company pursuant to a salary reduction agreement and which is not includible in the gross income of the Employee under Code Section 125 or 132(f) 4.

In addition to other applicable limitations set forth above, and notwithstanding any other provision of the Plan to the contrary for Plan Years beginning on or after January 1, 1994, the Transition Pensionable Earnings of each Participant taken into account under the plan shall not exceed the OBRA '93 annual compensation limit. The OBRA '93 annual compensation limit is $150,000, as adjusted by the Secretary of the Treasury for increases in the cost of living in accordance with Section 401(a)(17)(B) of the Code. The cost-of-living adjustment in effect for a calendar year applies to any period, not exceeding 12 months, over which compensation is determined (the "determination period") beginning in such calendar year. If a determination period consists of fewer than 12 months, the OBRA '93 annual compensation limit will be multiplied by a fraction, the numerator of which is the number of months in the determination period, and the denominator of which is 12.

Notwithstanding the above, beginning December 25, 2002, Transition Pensionable Earnings shall mean Core Pensionable Earnings for all periods on or after that date, while it will continue to mean Transition Pensionable Earnings as described above for all periods prior to that date.

(t)     TRANSITION PERIOD:

The five-year period of time beginning on July 1, 1997 and ending on June 30, 2002.

(u)     TRANSITION RIP II PARTICIPANT:

Any person who is an active Participant in the RIP II Plan on or after July 1, 1997 (or the RIP II component on or after December 31, 1997) and whose Credited Service is attributable in part to a period prior to July 1, 1997 or whose retirement from active service under the RIP II Plan becomes effective July 1, 1997. For purposes hereof, the "RIP II Component" will mean the RIP II Plan which was merged into the RIP Plan effective December 31, 1997, but only as it applies to participants who were participants in the RIP II Plan on or before December 31, 1997.

LMC 000406

(v)     TRANSITION TERMINATED EARLY RETIREMENT FACTOR:

A reduction of the amount of the retirement benefit of a Participant who Terminates Employment (other than by death) prior to being eligible to receive retirement benefits and who later retires prior to his Normal Retirement Date equal to 5/12ths of one percent for each complete month by which commencement of a Participant's retirement benefit precedes the first of the month following the Participant's attainment of age 65. This 5/12ths-percent shall be reduced by 0.1/12ths of one percent for each complete year of Benefit Eligibility Service in excess of five, but shall not become less than 2.5/12ths of one percent. This factor is used only where specifically indicated.

(w)     VOLUNTARY PENSION ACCOUNT:

For purposes of Section (6), Voluntary Pension Account shall mean the amount described in Section (6)(g)(ii).

(x)     VOLUNTARY PENSION ACCOUNT ANNUITY:

For purposes of Section (6), Voluntary Pension Account Annuity shall mean the amount described in Section (6)(c)(iv).

(2)     **AMOUNT OF BENEFIT FOR TRANSITION RIP II PARTICIPANTS WHO RETIRE FROM ACTIVE SERVICE**

(a)     Normal Retirement Benefit.

(i)     Transition Period. During the Transition Period, the retirement benefit of a Transition RIP II Participant who retires from active service on or after his Normal Retirement Date shall be the greater of the amount in (A) or (B) below:

(A)     The amount determined using the Core Formula applied to such Participant's Credited Service and using Core Final Average Pensionable Earnings.

(B)     The amount determined using the RIP II Formula applied to such Participant's Credited Service and using Transition Final Average Pensionable Earnings.

(ii)     Post Transition Period. After the end of the Transition Period, the retirement benefit of a Transition RIP II Participant who retires from active service on or after his Normal Retirement Date shall be the greater of the amount in (A) or (B) below:

LMC 000407

    (A)    The amount determined using the Core Formula applied to such Participant's Credited Service and using Core Final Average Pensionable Earnings.

    (B)    The amount determined by adding I plus II below:

        I.    The amount determined by applying the RIP II Formula to such Participant's Credited Service through June 30, 2002 using Transition Final Average Pensionable Earnings.

        II.    The amount determined by applying the Core Formula to such Participant's Credited Service after June 30, 2002 using Core Final Average Pensionable Earnings.

(b)    Early Retirement from Active Service.

    (i)    Transition Period.  The amount payable to a Transition RIP II Participant who retires from active service during the Transition Period at age 55 or older with at least five years of Benefit Eligibility Service, but prior to his Normal Retirement Date, shall be the greater of the amount in (A) or (B) below:

        (A)    The amount determined using the Core Formula applied to such Participant's Credited Service and using Core Final Average Pensionable Earnings, reduced by the Core Active Early Retirement Factor.

        (B)    The amount determined using the RIP II Formula applied to such Participant's Credited Service and using Transition Final Average Pensionable Earnings and reduced by the Transition Active Early Retirement Factor.

    (ii)    Post Transition Period.  The amount payable to a Transition RIP II Participant who retires from active service after the end of the Transition Period at age 55 or older with at least five years of Benefit Eligibility Service, but prior to his Normal Retirement Date, shall be the greater of the amount in (A) or (B) below:

        (A)    The amount determined using the Core Formula applied to such Participant's Credited Service and using Core Final Average Pensionable Earnings, reduced by the Core Active Early Retirement Factor.

        (B)    The amount determined by adding I plus II below

LMC 000408

I.      The amount determined by applying the RIP II Formula to such Participant's Credited Service through June 30, 2002 using Transition Final Average Pensionable Earnings and reduced by the Transition Active Early Retirement Factor.

II.     The amount determined by applying the Core Formula to such Participant's Credited Service after June 30, 2002 using Core Final Average Pensionable Earnings and reduced by the Core Active Early Retirement Factor.

(iii)   <u>Supplement</u>.  A Transition RIP II Participant who, after attaining age 55, retires from active service on or before July 1, 2002 with ten or more years of Benefit Eligibility Service shall be entitled to a regular supplement in accordance with Article V(4) (at the level in effect prior to January 1, 2001) except that such supplement shall be reduced by 1¼ percent for each complete month the Participant's commencement of benefits precedes the first of the month following the Participant's attainment of age 60.

(c)     <u>Special Layoff Provision</u>

A Transition RIP II Participant who (i) is laid off due to a reduction in force, plant closing, or lack of work, (ii) has earned at least 25 years of Benefit Eligibility Service, (iii) attained the age of 50 at the time of such layoff, and (iv) is not rehired prior to age 55 shall be treated as retiring under Section 2(b) if such Participant begins receiving benefits on or after the first of the month after attaining age 55 and shall be treated as retiring under Section 2(a) if such Participant begins receiving benefits on his Normal Retirement Date.

(3)     **AMOUNT OF BENEFIT FOR TRANSITION RIP II PARTICIPANTS WHO RETIRE FROM TERMINATED VESTED STATUS**

(a)     <u>Normal Retirement Benefit</u>.

(i)     <u>Transition Period</u>.  The retirement benefit of a Transition RIP II Participant who Terminates Employment during the Transition Period with a vested benefit and retires from terminated vested status on his Normal Retirement Date shall be the greater of the amount in (A) or (B) below:

(A)     The amount determined using the Core Formula applied to such Participant's Credited Service and using Core Final Average Pensionable Earnings.

LMC 000409

   (B) The amount determined using the RIP II Formula applied to such Participant's Credited Service and using Transition Final Average Pensionable Earnings.

  (ii) <u>Post Transition Period</u>.  The retirement benefit of a Transition RIP II Participant who Terminates Employment after the Transition Period with a vested benefit and retires from terminated vested status on his Normal Retirement Date shall be the greater of the amount in (A) or (B) below:

   (A) The amount determined using the Core Formula applied to such Participant's Credited Service and using Core Final Average Pensionable Earnings.

   (B) The amount determined by adding I plus II below:

    I. The amount determined by applying the RIP II Formula to such Participant's Credited Service through June 30, 2002 using Transition Final Average Pensionable Earnings.

    II. The amount determined by applying the Core Formula to such Participant's Credited Service after June 30, 2002 using Core Final Average Pensionable Earnings.

(b) <u>Early Retirement Benefit</u>

  (i) The amount payable to a Transition RIP II Participant who Terminates Employment with a vested benefit in the Plan but prior to being eligible to receive retirement benefits beginning on the first of the month following such Termination of Employment and who later retires from terminated vested status prior to his Normal Retirement Date but after attaining age 55 and five years of Benefit Eligibility Service shall be the amount determined under Section 3(a), reduced by the applicable Core Terminated Early Retirement Factor, provided, however, that the reduction factor for the portion of the benefit calculated using the RIP II Formula for a Participant who has five years of Benefit Eligibility Service and is laid off due to a reduction in force, plant closing, or lack of work during the Transition Period (and who does not return to work prior to commencing receipt of benefits) shall be the applicable Transition Terminated Early Retirement Factor (using all of the Participant's Benefit Eligibility Service in determining the level of the Transition Terminated Early Retirement Factor).

  (ii) Notwithstanding the above, the amount payable to a Participant retiring from terminated vested status prior to his Normal Retirement Date but after attaining age 55 and five years of Benefit Eligibility Service shall not

LMC 000410

be less than the benefit earned prior to July 1, 1997 determined under all of the provisions of the Plan in effect on June 30, 1997, including, but not limited to, the early retirement reduction factors then in effect for terminated vested Participants.

(4)    **PROTECTED RIP II PLAN FORM OF BENEFIT**

(a)    25 Percent Joint and Survivor Option. Subject to the conditions set out in Article VI and only for benefits accrued under the RIP II Plan prior to July 1, 1997, a Transition RIP II Participant may elect, in lieu of any of the optional forms of benefit in Article VI, to receive his benefit as a 25 Percent Joint and Survivor Option. In calculating the amount of payments available under the 25 Percent Joint and Survivor Option, the Equivalent Actuarial Value shall be determined under Article II(12) of the Plan as in effect on June 30, 1997.

(b)    Special Provision for Determining Payments under the Level Income to Age 62 Option. In calculating the amount of payments available under the Level Income to Age 62 Option described in Article VI(4), the Equivalent Actuarial Value shall be determined under Article II(12) of the Plan as in effect on June 30, 1997.

(5)    **PRE-RETIREMENT DEATH BENEFIT**

(a)    Lump Sum Death Benefit. Upon the death of a Transition RIP II Participant prior to the end of the Transition Period while he shall be an Employee, other than an Employee receiving or who is eligible to receive long-term disability benefits from the Employing Company's long-term disability group insurance plan, a single sum shall be paid to his Beneficiary equal to the "applicable percentage" of the annualized amount of his base rate earnings (up to the amount applicable under Code Section 401(a)(17)) calculated on the basis of his most recent rate of earnings in effect immediately prior to his date of death, provided, however, that the cost of all death benefits provided under the Plan does not exceed 25 percent of the total cost of the Plan; and provided further that, in any year in which the cost of death benefits is determined to be greater than 25 percent of the total cost of the Plan, the level of benefits provided under this Section 5 shall be reduced for all participants in a nondiscriminatory manner so that such 25-percent limit shall not be exceeded. For purposes of the previous sentence the "applicable percentage" shall be determined according to the Participant's year of death, as follows:

| Year of Death | Applicable Percentage |
|---------------|------------------------|
| 1997 | 100% |
| 1998 | 80% |
| 1999 | 60% |
| 2000 | 40% |

LMC 000411

|          |      |
|----------|------|
| 2001     | 20%  |
| 2002     | 10%  |
| 2003 and after | 0% |

(b)  <u>Pre-Retirement Surviving Spouse Benefit</u>. The amount of the pre-retirement surviving Spouse benefit to which a Spouse of a Transition RIP II Participant is entitled under Article VII shall be based upon the rules in this Annex for determining the Participant's benefit. However, the rules in Article VII with respect to determining the appropriate early retirement factor based on the status of the Participant at the time of death shall apply. For example, if the Participant had not yet Terminated Employment and had satisfied the requirements for early retirement at the time of his death, the Spouse will be entitled to an amount she as Contingent Annuitant would receive assuming the Participant had retired at his own initiative on the first of the month following the date of his death with a Joint and Survivor Option, 100 percent continuation, with the Participant's benefit determined under Section 2 of this Annex.

(6)  **SPECIAL PROVISIONS APPLICABLE TO CERTAIN RIP II HERITAGE PARTICIPANTS**

(a)  <u>General</u>. This Section (6) is included in the Annex in order to allow certain employees to continue after December 31, 1994 to accrue benefits, retire, and receive benefits under the terms of the Plan as in effect on December 31, 1994 (the "Former Trans Ops Plan"). In addition, on January 1, 1996, Fort Wayne Transferred Employees became Employees and assets and liabilities in respect of such Employees were transferred from the GE Pension Plan. This Section (6) provides certain benefits for such Fort Wayne Transferred Employees. Nothing in this Section (6) shall cause any participant to receive duplicate credit for the same period of service or to receive duplicate benefits with respect to the same period of time. The determination of whether benefits shall be received under this Section (6) or under the other portions of the Plan shall be made at the time and in the manner specified by the Plan Administrator.

(b)  <u>Application</u>. This Section (6) applies to Fort Wayne Transferred Employees as well as to any person who (i) became a Participant in the Former Trans Ops Plan on April 5, 1993, or were Transferred Employees under the Lakeland Transfer Agreement and (ii) was a Participant in the Former Trans Ops Plan on December 31, 1994. If an Employee is eligible to elect (and so elects) to receive benefits under the terms of this Section (6), he is not entitled to any form of benefit except as provided in this Section (6), provided, however, that any amount of benefit attributable to an Employee's pre-1989 Employee contributions and Personal and Voluntary Pension Accounts shall be payable under this Section (6) whether or not such Employee elects to receive benefits under the terms of this Section (6). The Accrued Benefit of a Participant who elects to withdraw his pre-1989

LMC 000412

Employee contributions and Personal and Voluntary Pension Accounts under the provisions of Section (6)(j)(ii) shall be reduced in accordance with Section (6)(k)(ii), whether or not such Participant elects to receive his benefit under Section (6).

(c)   Amount of Pension at Normal Retirement.

(i)   Amount of Pension. In lieu of the benefit payable under the terms of other provisions of this Plan, a Participant may elect to receive, upon retirement on or after age 65, a benefit consisting of the following:

(A)   A Regular Pension equal to the sum of:

I.   The "regular pension" (as defined in Section IV(1)(a) of the GE Pension Plan as of the Employee Transfer Date and including the adjustments contained in Article IV(8) of that plan) accrued as of the Employee Transfer Date under the GE Pension Plan, determined considering all RIP II Compensation earned and all "years of service" credited (as such term was defined in Section XVII of the GE Pension Plan) under the GE Pension Plan and

II.   Except for Fort Wayne Transferred Employees, a future service annuity determined under Section (6)(c)(ii) below.

(B)   An Additional Pension determined in accordance with Section (6)(l) (Minimum Pension).

(C)   A Personal Pension Account Annuity described in paragraph (iii) below.

(D)   A Voluntary Pension Account Annuity described in paragraph (iv) below.

(ii)   Future Service Annuity. The future service annuity payable to a Member upon retirement on or after his Normal Retirement Date shall be an amount equivalent to the sum of (A), (B), and (C), subject to (D):

(A)   Provided that the employee made required contributions as provided by the Plan prior to January 1, 1995, 1.45% of the Employee's RIP II Compensation received in the year in which the Employee Transfer Date occurred and for the year ending December 31, 1994 (unless such year is described in (C)), up to the Special Covered Compensation amount, plus 1.90% of the remainder of RIP II Compensation received in such years.

LMC 000413

(B)     For Plan Years commencing on or after January 1, 1995 (unless such year is described in (C)), 1.45% of the Employee's RIP II Compensation received in such year up to the Special Covered Compensation amount, plus 1.90% of the remainder of such RIP II Compensation for such year.

(C)     For any Employee with more than 34 years of Credited Service on January 1 of any calendar year, the following formulas shall apply for such year instead of the formulas in (A) and (B):

   I.      Provided the Employee made required contributions as provided by the Plan prior to January 1, 1995, 1.45% of the Employee's RIP II Compensation for the year in which the Employee Transfer Date occurred and for the year ending December 31, 1994; and

   II.     For Plan Years commencing on or after January 1, 1995, 1.45% of the Employee's RIP II Compensation for such year.

(D)     Notwithstanding the foregoing, the future service annuity accrued by any Employee under the Plan for the 1993 year shall be determined as the result of subtracting:

   I.      The future service annuity accrued by the Employee under the GE Pension Plan for the 1993 Year

           from

   II.     The future service annuity that would be accrued by the Employee under the Plan if the term "RIP II Compensation" in paragraphs (A) or (C)(I) above included "compensation" under the GE Pension Plan (as defined therein) during 1993 as well as RIP II Compensation under the Plan during 1993.

(iii)   Personal Pension Account Annuity.

(A)     The Personal Pension Account Annuity payable to each Member upon retirement on or after his Normal Retirement Date shall be the balance in his Personal Pension Account converted to an immediate annuity based on the Employee's age on the date of conversion and the actuarial assumptions set out in paragraph (B) below.

LMC 000414

 (B) The actuarial assumptions used in calculating the Personal Pension Account Annuity shall be:

  I. The interest rate assumption used on the date of conversion to a Personal Pension Account Annuity by the Pension Benefit Guaranty Corporation in valuing benefits to be paid as a lump sum.

  II. The UP 1984 Mortality Table.

  Notwithstanding the foregoing, for conversions of Personal Pension Account Annuities after December 31, 1999, if the assumptions used in Article I(29) would result in a greater Personal Pension Account Annuity payment, then the assumptions used in Article I(29) shall be used to determine the Personal Pension Account Annuity.

 (iv) <u>Voluntary Pension Account Annuity.</u>

  (A) The Voluntary Pension Account Annuity payable to each Member upon retirement on or after his Normal Retirement Date shall be the balance in his Voluntary Pension Account converted to an immediate annuity based on the Employee's age on the date of conversion and the actuarial assumptions set out in paragraph (B) below.

  (B) The actuarial assumptions used in calculating the Voluntary Pension Account Annuity shall be:

   I. The interest rate assumption used on the date of conversion to a Voluntary Pension Account Annuity by the Pension Benefit Guaranty Corporation in valuing benefits to be paid as a lump sum.

   II. The UP 1984 Mortality Table.

   Notwithstanding the foregoing, for conversions of Voluntary Pension Account Annuities after December 31, 1999, if the assumptions used in Article I(29) would result in a greater Voluntary Pension Account Annuity payment, then the assumptions used in Article I(29) shall be used to determine the Voluntary Pension Account Annuity.

 (d) <u>Optional Retirement.</u>

LMC 000415

(i)    <u>Age 60 Retirement</u>.  Any Member or former Employee who has reached the age of 60 years may elect to retire on the first day of any month thereafter. The benefit of a Participant who retires after attainment of age 60 but prior to his Normal Retirement Date shall be computed in the manner provided by Section (6)(c) (Amount of Pension at Normal Retirement) as though such Employee had remained continuously in service with the Company to his Normal Retirement Date except as follows:

(A)    the future service annuity shall be based only upon RIP II Compensation earned by such Employee prior to the actual date of his retirement,

(B)    the Personal Pension Account Annuity shall be based on the Personal Pension Account balance and Employee's age determined on the date of conversion,

(C)    the Voluntary Pension Account Annuity shall be based on the Voluntary Pension Account balance and Employee's age determined on the date of conversion, and

(D)    a minimum pension payable under Section (6)(l)(ii)(B) shall be subject to a reduction under Section (6)(l)(ii)(B), under the circumstances described in that section.

(ii)    <u>Age 55 Retirement</u>.

Any Employee who participated in the GE Pension Plan on August 14, 1955 may elect to retire on the first day of any month subsequent to attainment of age 55.  The benefit of any Member retiring before attainment of age 60 under the provisions of this paragraph (ii) shall be computed in the manner provided by Section (6)(c) (Amount of Pension at Normal Retirement) as though such Employee had remained continuously as an Employee until such Employee's Normal Retirement Date except as follows:

(A)    the future service annuity portion of such benefit shall be based only upon RIP II Compensation earned by such Employee prior to the actual date of retirement,

(B)    the Personal Pension Account Annuity portion of such benefit shall be based on the Personal Pension Account balance and Employee's age determined on the date of conversion, and

LMC 000416

(C)   the Voluntary Pension Account Annuity shall be based on the Voluntary Pension Account balance and Employee's age determined on the date of conversion.

However, the Regular Pension shall then be reduced as follows:

I.    The portion payable in respect of service performed under the Plan or contributions made to the GE Pension Plan prior to August 15, 1955 shall be reduced by one-third of one percent for each month, if any, by which his date of retirement precedes the first of the month following attainment of age 60.

II.   The portion payable in respect of Credited Service (or "service" under the GE Pension Plan) performed or RIP II Compensation (or "compensation" earned under the GE Pension Plan) on or after August 15, 1955 shall be reduced by one-half of one percent for each of the first 24 months by which his date of retirement precedes the first day of the month following his attainment of age 62 (i.e., 12%) plus an additional one-third of one percent for each month by which his date of retirement precedes the first of the month following attainment of age 60.

(e)   Supplemental Payments.

(i)   Disability Supplement.

(A)   A Member who has completed 15 or more years of Vesting Service as of December 31, 1994 (for Fort Wayne Transferred Employees, December 31, 1995), and who retires under the provisions of Section (6)(f) (Disability Pension) prior to attainment of his Social Security Retirement Age and whose benefit is computed under the provisions of Section (6)(f)(ii), or Section (6)(l)(iii)(B) shall receive, in addition to his benefit, a supplemental payment at the rate of $900 per year until the first day of the month after he attains his Social Security Retirement Age.

(B)   A Member who retires under the provisions of Section (6)(f) (Disability Pension) prior to attainment of age 62 and who furnishes evidence acceptable to the Plan Administrator that the Social Security Administration has determined that he is not eligible for Social Security disability benefits, shall receive in

LMC 000417

addition to the benefit provided under Section 6(f), a supplemental payment at the rate specified in paragraph (C) below until the first day of the month after the Employee attains age 62 or becomes eligible for Social Security disability benefits, whichever is earlier. The Plan Administrator may, from time to time, require the Employee to furnish evidence acceptable to the Plan Administrator that the Employee continues to be regarded by the Social Security Administration as ineligible for Social Security disability benefits.

The supplemental payment shall commence on the first day of the month after receipt by the Plan Administrator of the evidence described above (or such earlier date as the Plan Administrator may specify) but not before commencement of the disability benefit provided by Section (6)(f) (Disability Pension). Subject to earlier termination as provided above, the supplemental payment shall continue only while the disability benefit remains payable.

(C)   The annual rate of the supplemental payment referred to in paragraph (B) above shall be equal to the greater of:

    I.   $1,500, or

    II.   $72 times the number of years of Vesting Service credited to the Employee prior to January 1, 1995, (January 1, 1996 for Fort Wayne Transferred Employees) to a maximum annual rate of $1,800.

(ii)   <u>Age 55 Retirement Supplement</u>.

A Member who has completed 15 or more years of Vesting Service and who retires from active service under the provisions of Section (6)(d)(ii) prior to attainment of age 60, shall receive, in addition to his regular benefit, a supplemental payment at the rate of $540 per year until the first day of the month following attainment of his Social Security Retirement Age.

(iii)   <u>Regular Supplement</u>. A Member who has completed 5 or more years of Vesting Service and who retires from active service under the provisions of paragraph (i) of Section (6)(d) (Optional Retirement) before the first day of the month in which he attains age 62, shall receive, in addition to his regular benefit, a supplemental payment at the rate of $120 per year for each year of Credited Service, provided that, for Fort Wayne Transferred Employees, only Credited Service prior to January 1, 1996 shall be counted in determining this supplemental payment. This supplement will be payable until the first day of the month after he attains age 62.

LMC 000418

(iv)    In lieu of the supplemental payment provided under paragraph (iii), a Member who has completed 15 or more years of Vesting Service and who retires after attaining age 60 but prior to the attainment of his Social Security Retirement Age and who participated in the GE Pension Plan on June 30, 1973 may elect to receive until the first day of the month after he attains such age, an annual supplemental payment, in addition to his regular benefit, equal to the excess, if any, of:

   (A)   The annual benefit (plus any additional annual payment to provide a minimum pension) he would have received if he had retired on July 1, 1973 under the terms of the GE Pension Plan as amended January 1, 1970 but at the same age as his actual retirement plus an annual amount of $780, over

   (B)   The annual benefit (plus any additional annual payment to provide a minimum pension) payable to such Member under the terms of the GE Pension Plan as amended July 1, 1973.

   Any such election shall be irrevocable.

(v)    Special Early Retirement Supplement.  A Member who has completed 25 or more years of Vesting Service and who retires from active service after attaining age 60 but before the first day of the month in which he attains age 62 shall receive in addition to his regular benefit and in addition to the supplemental payment provided under paragraph (iii) of this Section, a special supplemental payment at the rate of $2,700 per year until the first of the month after he attains age 62.

(vi)   Limitation on Amount of Supplements.  Notwithstanding anything in the Plan to the contrary, to the extent consistent with Code Section 411, in no event shall the supplemental payment payable to a Member exceed the amount of the Employee's Social Security Benefits at his Social Security Retirement Age.

(f)   Disability Pension.

(i)    Eligibility.  A Member having 15 or more years of Vesting Service as of December 31, 1994 (for Fort Wayne Transferred Employees, December 31, 1995) who, while an Employee and prior to his Normal Retirement Date, becomes permanently incapacitated for further work, may elect to retire or may be retired by the Plan Administrator, and following such retirement shall receive a disability pension.  Such disability pension is payable as of the first day of the month immediately following the expiration of six months after the date of disability and will continue until the Employee begins to receive the benefit provided by Section (6)(c)

LMC 000419

(Amount of Pension at Normal Retirement).  The Employee shall receive his benefit provided by Section (6)(c) (Amount of Pension at Normal Retirement) upon attainment of age 65.

Once the Employee begins to receive his benefit provided by Article V(2) (Early Retirement Benefit), Article VIII(2) (Vested Benefit on Termination of Employment), Section (6)(c) (Amount of Pension at Normal Retirement) or Section (6)(d) (Optional Retirement), payment of his disability pension including any supplements will cease and the Employee will not be permitted to switch between a benefit determined under Section 6 of this Annex and a benefit determined under any other provision of the Plan.

Such disability pension may be discontinued at any time if the Plan Administrator determines that the disability ceases prior to the attainment of age 60. The decision of the Plan Administrator as to the existence of disability shall, when supported by the certification of a physician selected by the Plan Administrator, be final and conclusive.

(ii)     Commencement.  The disability pension provided by paragraph (i) shall commence on the first day of the month immediately following the expiration of six months after the date the Employee first became permanently incapacitated for further work (as determined by a physician selected by the Plan Administrator or as otherwise determined by the Plan Administrator).  In any event, however, the disability pension shall not commence before the first day of the month following the month in which the physician's determination (referred to above in this paragraph) is made, or such earlier date as the Plan Administrator may specify.

(iii)    Amount of Benefit.  The disability benefit of a Member who retires after attainment of age 60 shall be computed in the same manner as is provided in Section (6)(c) as though such Employee had remained an Employee continuously until his Normal Retirement Date except as follows:

(A)     the future service annuity shall be based only upon RIP II Compensation earned by such Employee prior to the actual date of his retirement,

(B)     the Personal Pension Account Annuity shall be based on the Personal Pension Account balance and Employee's age determined on the date of conversion, and

(C)     the Voluntary Pension Account Annuity shall be based on the Voluntary Pension Account balance and Employee's age determined on the date of conversion.

LMC 000420

(D)   The disability benefit of an Employee who participated in the GE Pension Plan on August 14, 1955 and who retires on or after the Employee Transfer Date and before attainment of age 60 shall be computed in the same manner as is provided above except that the regular benefit shall then be reduced as follows:

      I.   The portion payable in respect of service performed under the GE Pension Plan or contributions made to the GE Pension Plan prior to August 15, 1955 shall be reduced by one-third of one percent for each month, if any, by which his date of retirement precedes the first of the month following attainment of age 60.

      II.   The portion payable in respect of Credited Service (or service under the GE Pension Plan) performed or RIP II Compensation (or compensation earned under the GE Pension Plan) on or after August 15, 1955 shall be reduced by one-half of one percent for each of the first 24 months by which his date of retirement precedes the first of the month following his attainment of age 62 (i.e., 12%) plus an additional one-third of one percent for each month by which his date of retirement precedes the first of the month following attainment of age 60.

Notwithstanding the above, however, neither of the reductions provided for above applicable to past and future service annuity portions of such regular benefit shall exceed 12 percent.

(E)   The disability benefit of any other Employee who retires on or after the Employee Transfer Date and before attainment of age 60 shall be computed in the manner provided by Section (6)(c) (Amount of Pension at Normal Retirement) as though such Employee had remained an Employee continuously until his Normal Retirement Date (the future service annuity portion of such benefit being based only upon RIP II Compensation earned by such Employee prior to the actual date of his retirement), but the regular benefit shall then be reduced by 12 percent.

(F)   Notwithstanding the foregoing, no benefit shall be payable under this Section (6)(f) with respect to benefits accrued after December 31, 1994 (for Fort Wayne Transferred Employees, December 31, 1995).

(g)   <u>Personal and Voluntary Pension Accounts.</u>

LMC 000421

(i)     <u>Personal Pension Account</u>.  Effective on the Employee Transfer Date, a Personal Pension Account was established for each then Member. The value of each Employee's Personal Pension Account in the GE Pension Plan on the day before the Employee Transfer Date was credited to such Employee's Personal Pension Account in the Plan and each Employee's required contributions on and after the Employee Transfer Date was credited to the Employee's Personal Pension Account.

(ii)     <u>Voluntary Pension Account</u>.  Effective on the Employee Transfer Date (or, if later, when an Employee elected to make Voluntary Contributions but in no event later than December 31, 1994 or, for Fort Wayne Transferred Employees, December 31, 1995) a Voluntary Pension Account was established for each Member who elected to make Voluntary Contributions.  The value of each Employee's Voluntary Pension Account in the GE Pension Plan on the day before the Employee Transfer Date was credited to such Employee's Voluntary Pension Account in the Plan and each Employee's Voluntary Contributions on and after the Employee Transfer Date was credited to the Employee's Voluntary Pension Account.

(iii)     Personal and Voluntary Pension Accounts are maintained for the determination of benefits only and Plan assets shall not be segregated by account.

(iv)     No voluntary or required contributions shall be made to the Plan after December 31, 1994 (or, for Fort Wayne Transferred Employees, December 31, 1995).

(v)     <u>Interest</u>.

     (A)     Interest at the lesser of (i) the rate for Interest specified in 1(j)(Definitions) or (ii) the rate specified in section 411(c) of the Code shall be credited to each Employee's Personal Pension Account at the end of each month on the balance in the account at the end of the previous month.

     (B)     Interest at the greater of (i)  the rate for Interest specified in 1(j)(Definitions) or (ii) the rate specified in section 411(c) of the Code shall be credited to each Employee's Voluntary Pension Account at the end of each month on the balance in such account at the end of the previous month.

(vi)     <u>Payments Upon Retirement</u>.

     (A)     <u>Personal Pension Account</u>.

LMC 000422

At retirement an Employee may have his Personal Pension Account converted to an annuity, or he may elect, with Spouse's Consent, to retain his account and make cash withdrawals from time to time as set out in paragraph (vii) below. The balance, if any, in an Employee's Personal Pension Account after retirement may be converted to an annuity at any time. If any balance remains on April 1 of the year following the year an Employee reaches age 70 1/2 it will be converted to an annuity in accordance with paragraph (iii) of Section (6)(c) (Amount of Pension at Normal Retirement).

(B)     <u>Voluntary Pension Account</u>.  Whenever an Employee's Personal Pension Account is converted to an annuity, his Voluntary Pension Account shall also be converted to an annuity.

(C)     An unmarried Employee may waive the conversion of his Personal and Voluntary Pension Accounts to an annuity at any time during the 90-day period preceding the commencement of benefits from such Accounts.  Any such waiver may be revoked by the Employee at any time during the 90-day period.

(vii)   <u>Withdrawals</u>.

(A)     Subject to the provisions of Section (6)(j)(iii), a Member who terminates employment after acquiring the right to retire under the provisions of Article IV (Direct Retirement from Active Service), Article VIII (Vesting; Termination of Employment), Section (6)(c) (Amount of Pension at Normal Retirement), Section (6)(d) (Optional Retirement) or Section (6)(e) (Disability Pension) may make withdrawals with Spouse's Consent from his Personal Pension Account and his Voluntary Pension Account under the conditions specified below until the accounts are converted into annuities or until no balance remains:

I.      Only one withdrawal may be made in any calendar year except that the entire balance in the Employee's Personal Pension Account and his Voluntary Pension Account may be withdrawn at any time regardless of whether a previous withdrawal had been made in the same calendar year.

II.     Each withdrawal must equal at least $500 or the combined balance described in I above, if less.

LMC 000423

          III.      Withdrawals shall be made first from the Employee's Personal Pension Account and after this account is exhausted from his Voluntary Pension Account.

          IV.      Spouse's Consent is required for each withdrawal from either the Personal Pension Account or the Voluntary Pension Account.

    (B)     Any withdrawal under paragraph (A) will result in a corresponding reduction in the Employee's Personal Pension Account or Voluntary Pension Account, whichever applies and the annuity to which it may be converted.

(h)    <u>Survivor Benefits</u>.

    (i)     <u>50% Survivor Benefit</u>. Unless a valid waiver of the survivor benefit provided in this Section (6)(h)(i) is in effect, a married Member who retires and chooses to receive a benefit in accordance with the provisions of Sections (6)(c) (Amount of Pension at Normal Retirement), (6)(d) (Optional Retirement), (6)(e) (Disability Pension) or (6)(j) (Payments Upon Termination of Employment) shall receive a reduced benefit in order to provide that upon the Employee's death at any time on or after the date of his retirement a benefit equal to 50% of the reduced Regular Pension, reduced Additional Pension, reduced Personal Pension Account Annuity, and reduced Voluntary Pension Account Annuity payable to the Employee will be continued to his surviving Spouse for the remaining lifetime of such Spouse.

        Payments to a surviving Spouse in accordance with this paragraph shall apply only to the person who is the Employee's Spouse on the date of retirement or date of conversion, whichever is appropriate.

        The reduction referred to above shall be 6 1/2% of the unreduced benefit provided the difference in age between the Employee and his Spouse is two years or less. If the Employee's Spouse is younger (older) than the Employee, the 6 1/2% reduction factor shall be increased to a maximum of 10% (decreased to a minimum of zero) by 1/2% for each full year of age difference in excess of 2 years.

    (ii)    <u>100% Alternative Survivor Benefit</u>. A married Employee who retires and chooses to receive a benefit in accordance with the provisions of Section (6)(c) (Amount of Pension at Normal Retirement), (6)(d) (Optional Retirement), or (6)(k) (Accrued Benefit) and who has waived the survivor benefit provided in Section (6)(h)(i) may elect with Spouse's Consent to receive a reduced benefit in order to provide that upon the Employee's

LMC 000424

death on or after the date of his retirement, a benefit will be payable to his Surviving Spouse for the remaining lifetime of such Spouse.      Such election may be made at any time up to the date of the Employee's retirement.

Payments to a surviving Spouse in accordance with this paragraph (ii) shall apply only to the person who is the Employee's Spouse on the date of retirement or date of conversion, whichever is applicable.

The survivor benefit provided in this paragraph (ii) shall become effective on the second to occur of (a) the first day of the month in which the Employee and the Employee's Spouse have been married to each other for one year and (b) the date of the Employee's retirement.  Such benefit shall not become effective, however, and no amount shall be payable thereunder in the event of (a) the death of the Employee or his Spouse before the date on which the survivor benefit would otherwise become effective, or (b) the Employee's retirement under the provisions of Section (6)(f) (Disability Pension).

The benefit payable to the surviving Spouse following the death of the Employee on or after the date the survivor benefit provided in this paragraph (ii) becomes effective shall be equal to 100% of the reduced benefit payable to the Employee on the date the survivor benefit becomes effective.  The amount of the reduction to the Employee's benefit applicable if this 100% Survivor Benefit Option is selected shall be equal to 18% of the Employee's unreduced pension provided the difference in age between the Employee and his Spouse is less than one year.  If the Employee's Spouse is younger (older) than the Employee, the 18% factor shall be increased (decreased to a minimum of zero) by 1% for each full year of age difference.

(iii)   A Participant who elects a 100% survivor benefit in accordance with paragraph (ii) may elect to have the portion of his benefit accrued as of December 31, 1994 or, for Fort Wayne Transferred Employees, December 31, 1995 (determined in accordance with Section (6)(k) (Accrued Benefit) paid in accordance with the following schedule:

(A)   50% of the reduced benefit payable to the Employee before the 2nd anniversary of his date of retirement if the Employee's death occurs before such 2nd anniversary, and

(B)   100% of the reduced benefit payable to the Employee on and after the 2nd anniversary of the date of his retirement if the Employee's death occurs on or after such 2nd anniversary.



LMC 000425

The portion of the Employee's benefit accrued on or after January 1, 1995 (or, for Fort Wayne Transferred Employees, January 1, 1996) shall be paid in accordance with paragraph (ii).

(iv)   (A)   The reduction referred to in paragraph (iii) above shall be equal to 6 1/2% of the unreduced benefit provided the difference in age between the Employee and his Spouse is two years or less. If the Employee's Spouse is younger (older) than the Employee, the 6 1/2% factor shall be increased to a maximum of 10% (decreased to a minimum of zero) by 1/2% for each full year of age difference in excess of 2 years. Except as provided in subparagraph B below, the reduction in the Employee's benefit, shall take effect on the date the survivor benefit becomes effective and shall continue for the Employee's remaining lifetime.  The reduction applicable to benefits payable in the 100% survivor benefit form described in paragraph (ii) is set forth in paragraph (ii).

(B)   If both the Employee and the Spouse for whom the survivor benefit in accordance with paragraph (ii) above becomes effective are alive on the day before the second anniversary of the Employee's date of retirement, the amount of the reduction referred to in paragraph (ii) above on and after such second anniversary shall be equal to 18% of the unreduced benefit provided the difference in age between the Employee and his Spouse is less than one year. If the Employee's Spouse is younger (older) than the Employee, the 18% factor shall be increased (decreased to a minimum of zero) by 1% for each full year of age difference.

(C)   If the survivor benefit provided in Section (6)(h)(i) is waived with respect to the Employee's Personal and Voluntary Pension Accounts, then during the 90-day period preceding the date the Personal and Voluntary Pension Accounts are converted to annuities, the Employee may elect the alternative survivor benefit described in paragraph (ii) using the date of conversion as the retirement date.

(v)   Supplemental Payments.  Any supplemental payment provided under Section (6)(e) (Supplemental Payments) shall neither be subject to the reductions specified in paragraphs (i), (ii), or (iv) of this Section nor be payable to the Spouse or any beneficiary of the Employee.

Any additional payment provided under Section (6)(l) (Minimum Pension) shall be subject to the reductions specified in paragraph (ii) or (iv), and the percentage of the reduced amount specified in paragraph (iii) above shall

LMC 000426

be payable to the Spouse following the Employee's death in the case of elections in accordance with paragraph (i) or (iv), or shall be subject to the reduction specified in paragraph (i) and 50% of the reduced amount shall be payable to the Spouse following the Employee's death for elections in accordance with paragraph (i).

(vi) Revocation. On or after the date the survivor benefit provided in paragraph (i) or (ii) has become effective, such benefit may be revoked only with Spouse's Consent and upon establishing in accordance with procedures established by the Plan Administrator either (i) Spouse's good health or (ii) the severe deterioration of the marital relationship of the Member and Spouse consisting of divorce, legal separation or desertion in accordance with rules established by the Plan Administrator. Upon revocation of the survivor benefit provided by paragraph (ii), the survivor benefit provided by paragraph (i) shall become effective unless it is waived with Spouse's Consent.

(vii) Pop-up. If the benefit or a part thereof is reduced in accordance with paragraph (i), (ii) or (iii) of this Section to provide a survivor benefit and the Employee's Spouse to whom the benefit applies dies before the Employee and before the survivor benefit has been in effect for five years, the reduction in that part of the Employee's benefit shall be discontinued effective on the first day of the month following the month in which the Spouse dies.

(i) Payments upon Death. In addition to the death benefits provided elsewhere in the Plan, benefits are provided under this Section (6) as follows:

(i) Upon the death of a Member or a former Employee for whom a preretirement spouse benefit in accordance with Article VII does not apply, there shall be paid to his Beneficiary as soon as practicable after such death, a death benefit equal to the aggregate amount of his own contributions not previously withdrawn, if any, made before January 1, 1989 which, at the date of his death, are credited to him plus Interest thereon to the interest date next preceding the date of payment, and the balance in his Personal and Voluntary Pension Accounts.

(ii) Upon the death of a Member or a former Employee for whom a preretirement spouse benefit in accordance with Article VII applies, there shall be paid to his Beneficiary (in addition to such preretirement spouse benefit) an annuity, the amount of which shall be determined by converting his Personal and Voluntary Pension Accounts using the surviving Spouse's age on the date of conversion and the actuarial assumptions specified in Section (6)(C)(iii)(B), unless the beneficiary consents to payment in a lump sum the balance in such accounts. Such

LMC 000427

conversion shall be made on the later of the date of the Participant's death or the date the Participant would have attained the earliest retirement age under the Plan. In the case such an Employee or former Employee died before acquiring a nonforfeitable right to an Accrued Benefit derived from company contributions, his required contributions to the GE Pension Plan, if any, made before January 1, 1989 which at the date of his death are credited to him plus Interest thereon to the interest date next preceding the date of conversion shall also be so converted. Any other adjustments with respect to the required and voluntary contributions of such a nonvested Employee or former Employee to comply with Section 411(c) of the Code shall also be made.

(iii) In the event a preretirement spouse benefit does not apply, the non-Spouse beneficiary of a deceased Participant shall receive not less than the benefit attributable to Employee contributions determined under the provisions of section 411(c) of the Code.

(iv) <u>Five Year Certain (Survivor Benefit)</u>. If a Member or former Employee retires and a survivor benefit in accordance with Section (6)(h) (Survivor Benefits) becomes effective for such Employee, there shall be payable to the Employee's beneficiary if Employee is the last to die, or to the surviving Spouse's estate if the surviving Spouse is the last to die, an amount equal to the excess, if any, of:

 (A) 5 times the Employee's annual benefit at normal retirement (excluding any additional amounts to provide a Minimum Pension) before reduction for the survivor benefit plus the Employee's Personal and Voluntary Pension Accounts at retirement, if any, over

 (B) the total payments made under the Plan to the Employee and Spouse, less any payments made under Section (6)(e) (Supplemental Payments).

(v) <u>Five Year Certain (No Survivor Benefit)</u>. Notwithstanding the foregoing, if a Member or former Employee retires and a survivor benefit in accordance with Section (6)(h) has not become effective for such Employee, and such Employee or former Employee dies within the five year period following the date of his retirement, there shall be paid to the Employee's Beneficiary, an amount equal to the excess if any, of:

 (A) 5 times the Employee's annual benefit at normal retirement (excluding any additional amounts to provide a minimum pension) before reduction for the survivor benefit (and, if the Employee was a Participant in the Plan on August 14, 1955, after application of

LMC 000428

the reductions set forth in Section 6(d)(2)) plus the Employee's Personal and Voluntary Pension Accounts at retirement, if any, over

    (B)    the total payments made under the Plan to the Employee and Spouse, less any payments made under Section (6)(e) (Supplemental Payments).

The amount so determined shall be payable to the Employee's beneficiary if the Employee is the last to die, or to the surviving Spouse's estate if the surviving Spouse is the last to die, as soon as practical after such later death.

(j)    <u>Payments upon Termination of Employment.</u>

    (i)    <u>Non-Vested Employee.</u>

        (A)    A Member who Terminates Employment, before acquiring a nonforfeitable right under the provisions of Article VIII(1) to the Accrued Benefit derived from employer contributions and prior to acquiring the right to immediate optional retirement pursuant to the provisions of Article IV(2) (Early Retirement Benefit) or Section (6)(d) (Optional Retirement), shall be eligible to receive: (i) to the extent held by this Plan, the aggregate amount of his required contributions to the GE Pension Plan made before January 1, 1989 plus Interest on such contributions to the interest date next preceding the date of payment of such amount, plus (ii) the balances in his Personal and Voluntary Pension Accounts. In any event the Employee shall receive a lump sum payment not less than the benefit attributable to his Personal Pension Account balance and Voluntary Pension Account balance, if any, determined under the provisions of section 411(c) of the Code. Forfeitures of Accrued Benefits shall not be applied to increase the benefits any Employee would otherwise receive under the Plan.

Any such withdrawal shall require Spouse's Consent and shall result in the cancellation under this Plan of the Employee's Accrued Benefit.

        (B)    A Member under paragraph (A) who leaves his required contributions or Voluntary Contributions, if any, in the Plan shall be entitled to receive a benefit under Article V(1) (Normal Retirement Benefit) or Section (6)(c) (Amount of Pension at Normal Retirement) based solely on the benefit attributable to his contributions in an amount not less than the benefit determined under section 411(c) of the Code.

LMC 000429

(ii)    <u>Vested Employee</u>.  A Member who Terminates Employment, after acquiring a nonforfeitable right to the Accrued Benefit derived from employer contributions and prior to acquiring the right to immediate optional retirement pursuant to the provisions of Article IV(2) (Early Retirement Benefit) or Section (6)(d) (Optional Retirement), may elect with Spouse's Consent to withdraw the aggregate amount of (i) to the extent held in this Plan, his required contributions made to the GE Pension Plan before January 1, 1989 plus Interest on such contributions to the interest date next preceding the date of payment of such amount, plus (ii) the balances in his Personal and Voluntary Pension Accounts, provided such election is made prior to the time his benefit commences.

Any such withdrawal shall result in the cancellation under this Plan of the Employee's Accrued Benefit to the extent provided under paragraph (ii) of Section (6)(k) (Accrued Benefit).

(iii)   <u>Employee Eligible to Retire</u>.  A Member who Terminates Employment after acquiring the right to immediate optional retirement pursuant to the provisions of Article IV(2) (Early Retirement Benefit) or Section (6)(d) (Optional Retirement) may not withdraw his required contributions made to the Plan prior to January 1, 1989, and shall be entitled only to receive such benefit as may be provided by Articles V(1) (Normal Retirement Benefit) and V(2) (Early Retirement Benefit), and Sections (6)(c) (Amount of Pension at Normal Retirement), (6)(d) (Optional Retirement), (6)(e) (Supplemental Payments), (6)(f) (Disability Pension), or (6)(l) (Minimum Pension).

(iv)    <u>Long Service Security Provisions</u>.

(A)    A former Employee who was a Participant on December 31, 1994 (for Fort Wayne Transferred Employees, December 31, 1995), has completed 25 or more years of Vesting Service, and meets one of the following conditions shall be eligible for the benefits specified in subparagraph (iv)(B).

I.    The Employee Terminated Employment because of a plant closing and the Employee does not withdraw his Required Contributions and/or Voluntary Contributions from the Plan.

II.   The Employee Terminated Employment for transfer to a Successor Employer, the Employee does not withdraw any of his contributions from the Plan and the Employee does not retire under this Plan before the later of (1) his

LMC 000430

termination of service with the Successor Employer and (2) attainment of age 60.

(B)   A former Employee who meets the eligibility requirements in subparagraph (A) shall be eligible for the following benefits:

    I.   The reduction in the Employee's Additional Pension specified in subparagraph (ii)(B) of Section (6)(l) (Minimum Pension) shall not apply.

    II.   The Employee shall be eligible for the supplemental payment provided by paragraph (iii) of Section (6)(e) (Supplemental Payments). Such supplemental payment shall be based on the Employee's Vesting Service and the terms of the Plan in effect on the date the Employee Terminated Employment.

(C)   A Successor Employer means any entity that is not (i) a subsidiary corporation (within the meaning of section 424(f) of the Code) of the Corporation, (ii) a corporation that is a member of a controlled group of corporations (within the meaning of section 1563(a) of the Code, determined by substituting "50 percent" for "80 percent" each place "80 percent" appears therein) that includes the Corporation, (iii) an entity that, together with the Corporation, is treated as a single employer pursuant to section 414(c) or (m) of the Code (determined by substituting "50 percent" for "80 percent" each place "80 percent" appears in the Treasury Department regulations thereunder), (iv) any entity that, in connection with a business disposition, becomes the sponsor of the Plan or that sponsors a defined benefit pension plan to which assets and liabilities attributable to the Employee's benefit and other benefits under the Plan are transferred in connection with the business disposition, or (v) any entity that, together with an entity described in clause (iv), is treated as part of a controlled group of corporations or as a single employer pursuant to section 414(b), (c), or (m) of the Code.   ·

(v)   <u>Form of Distribution for Benefits Attributable to Employee Contributions</u>.

Unless an election to receive a lump sum payment is made as described below, amounts attributable to a former Employee's required and voluntary contributions payable at the election of the former Employee under this Section (6)(j) prior to his retirement under any provision of the Plan shall be converted to an immediate annuity using the former Employee's age on the date of conversion and the actuarial assumptions

LMC 000431

specified in paragraph (iii)(B) of Section (6)(c). If such a former Employee is married, the principles of Section (6)(h) shall apply in determining the form of distribution, election procedures and the reduction to the converted immediate annuity necessary to provide the applicable survivor benefits. In lieu of an immediate annuity, such former Employee may elect to receive such amounts in the form of a lump sum subject to Spouse's Consent. This paragraph (v) shall not apply if the Value of the former Employee's nonforfeitable Accrued Benefit under the Plan (attributable to employee and employer contributions) is $3,500 ($5,000 after December 31, 1997) or less.

(k)     Accrued Benefit.

(i)     Accrued Benefit.

(A)     For purposes of Section (6), the Accrued Benefit of a Member who Terminates Employment shall be computed in the manner provided by Section (6)(c) (Amount of Pension at Normal Retirement) and Section (6)(l) (Minimum Pension) as though such Employee had remained an Employee continuously until such Normal Retirement Date but such Accrued Benefit shall be based on the RIP II Compensation earned by such Employee to the date of termination of employment and on the Vesting Service and Credited Service of such Employee on the date of termination of employment. Notwithstanding any provision in the Plan to the contrary, the Accrued Benefit of any Participant who leaves on or after January 1, 1995 and elects to receive a benefit under this Section (6) shall be the benefit under this Section (6)(k), except that a Participant's right to withdraw Employee contributions shall not be affected by an election to receive benefits other than under this Section (6).

(B)     The Accrued Benefit derived from the required and/or voluntary contributions of a Member shall be as determined under section 411(c) of the Code.

(C)     The Accrued Benefit derived from employer contributions of a Member shall be equal to such Employee's Accrued Benefit as determined in accordance with paragraph (A) minus such Employee's Accrued Benefit derived from his Required and/or Voluntary Contributions as determined in accordance with paragraph (B).

(ii)    Reduction of Accrued Benefit.

LMC 000432

(A) If a Member Terminates Employment after acquiring a nonforfeitable right to an Accrued Benefit derived from employer contributions and elects to withdraw his Required and/or Voluntary Contributions under the provisions of Section (6)(j)(ii), (i) the Accrued Benefit (whether or not paid under Section (6)) shall be reduced in accordance with paragraph (ii)(B) below to reflect such withdrawal and (ii) if an Employee withdraws required and/or voluntary contributions, the Accrued Benefit remaining after the application of (i) above shall be reduced in accordance with the following table in order to provide the preretirement death or spouse benefit payable under either paragraph (iv) or (v) of Section (6)(i) (Payments Upon Death), whichever is applicable. Any withdrawal of Employee contributions must include both the Employee's Required Contributions and Voluntary Contributions, if any.

| Age at Election to Withdraw Contributions | Reduction in Accrued Benefit Derived from Employer Contributions |
|---|---|
| Under 40 | 6% |
| 40 – 44 | 5% |
| 45 – 49 | 4% |
| 50 – 54 | 3% |
| 55 – 56 | 2% |
| 57 - 59 | 1% |

(B) The reduction in the Accrued Benefit following an Employee's withdrawal of his Required and Voluntary Contributions and Interest under the provisions of Section (6)(j)(ii) shall be equal to the employee-derived benefit at normal retirement age calculated in accordance with section 411(c) of the Code. In no case shall the aggregate reduction in Accrued Benefit determined under this paragraph (ii)(B) with respect to both pre-1989 and post-1988 Employee contributions and Interest thereon be greater than the annual amount which would be payable as an annuity at Normal Retirement Date which is actuarially equivalent (using the actuarial assumptions specified in Section (6)(c)(iii)(B)) to the total Employee Required and Voluntary Contributions and Interest withdrawn. Such reduction shall not exceed the aggregate reduction permissible under section 411(c) of the Code.

(iii) Optional Retirement.

LMC 000433

(A)     In lieu of the Accrued Benefit payable at Normal Retirement Date in accordance with the provisions of paragraphs (i) and (ii) of this Section (6)(k), subject to Section (6)(h) (Survivor Benefits), a Member who Terminates Employment may elect to receive a Regular Pension, the Additional Pension provided by Section (6)(l)(ii), the Personal Pension Account Annuity and the Voluntary Pension Account Annuity provided by Section (6)(c) commencing on the first day of the month designated by such Employee provided such month is not more than 60 months prior to the Employee's Normal Retirement Date. The Regular Pension, Personal Pension Account Annuity and Voluntary Pension Account Annuity of a former Employee retiring on or after attainment of age 60 in accordance with this paragraph (iii)(a) shall be computed in the same manner as is provided in Section (6)(c) (Amount of Pension at Normal Retirement). The reduction applicable to any Additional Pension provided by Section (6)(l)(ii)(B) shall be as specified in such Section.

(B)     If an Employee who was participating in the Plan on August 14, 1955, makes an election under paragraph (iii)(B), he may designate any month which is not more than 120 months prior to his Normal Retirement Date provided that, if such month is more than 60 months prior to his Normal Retirement Date, the Regular Pension, Personal Pension Account Annuity and Voluntary Pension Account Annuity, if any, of such Employee shall be determined solely in accordance with the provisions of Section (6)(d) (Optional Retirement) and the Additional Pension provided by Section (6)(l)(ii) shall not apply.

(C)     An Employee wishing to have his Regular Pension, Personal Pension Account Annuity, and Voluntary Pension Account Annuity, if any, payments begin prior to his Normal Retirement Date in accordance with paragraph (iii)(A) or (iii)(B), whichever applies, must make written application therefor, specifying the month in which he wishes the benefit payments to commence, which month may not be earlier than the calendar month following the month in which his application is received by the Plan Administrator. Such election shall be irrevocable, except as to withdrawal under Section (6)(j)(ii).

(D)     If a former Employee who Terminates Employment with a nonforfeitable right to a benefit does not receive notification during the twelve month period ending on the date the former Employee was first eligible to retire without an early retirement

LMC 000434

reduction of such benefit, then the former Employee may elect, with Spouse's Consent, an alternative benefit. Such alternative benefit shall consist of (1) the benefit otherwise payable at the date of retirement plus (2) a lump sum amount equal to the Value of benefit payments the Employee would have received from the earliest date an unreduced benefit could have been paid to his actual retirement date.

(iv)    An Employee who Terminates Employment and who is eligible to receive a benefit in accordance with the provisions of paragraph (i), (ii), or (iii) of this Section shall be subject to the provisions of Section (6)(h) (Survivor Benefits) with respect to survivor benefits if married at the time of retirement.

(v)    An Employee who Terminates Employment after acquiring a nonforfeitable right in accordance with the provisions of paragraph (i) of this Section shall not be entitled to the disability pension provided by Section (6)(f) (Disability Pension), nor to the supplemental payment provided by Section (6)(e) (Supplemental Payments); but in the event of his death, the death benefits provided by Section (6)(i) (Payments Upon Death) (except paragraph (iv) thereof) shall be payable provided he has not forfeited such benefits.

(l)    <u>Minimum Pension.</u>

(i)    <u>Normal Retirement.</u>  A Member who retires under or in accordance with the provisions of Section (6)(c) (Amount of Benefits at Normal Retirement) shall receive the Additional Pension, if any, required to provide an annual minimum pension. Such Additional Pension shall be equal to the excess, if any, of $252 per year of Credited Service over the annual amount of his Regular Pension computed in accordance with Section (6)(c) (Amount of Pension at Normal Retirement).

The annual minimum pension determined in accordance with this paragraph (i) for any Member who retires on or after January 1, 1995 (for Fort Wayne Transferred Employees, January 1, 1996), shall not be less than the annual minimum pension which would have applied to such Employee if he had previously retired on an optional retirement date for which he was eligible, using the Vesting Service, the Credited Service and the RIP II Compensation earned by such Employee up to such optional retirement date.

(ii)    <u>Optional Retirement.</u>

LMC 000435

(A)    A Member who retires under or in accordance with the provisions of Section (6)(d)(i) (Optional Retirement) and who shall have completed 5 or more years of Vesting Service shall receive the Additional Pension, if any, required to provide an annual minimum pension.  Such Additional Pension shall be equal to the excess, if any, of his annual minimum pension over the annual amount of his Regular Pension computed in accordance with Section (6)(d) (Optional Retirement).  The annual minimum pension of an eligible Member who Terminates Employment on or after becoming eligible to retire in accordance with the provisions of Section (6)(d) (Optional Retirement) and who retires on or after attainment of age 60 shall be computed in the manner provided by paragraph (i) of this Section (6)(l) (for a Member retiring under Normal Retirement) but shall take into account only Vesting Service and Credited Service to the actual date of optional retirement.

(B)    In the case of an Employee who Terminates Employment and elects optional retirement pursuant to the provisions of paragraph (iii)(A) of Section (6)(k) (Accrued Benefit), the annual minimum pension shall first be computed as provided in paragraph (A). Except for Employees who meet the requirements of Section (6)(j)(iv), such annual minimum pension shall then be reduced by one-half of one percent for each month (6% per year) by which his date of retirement precedes the first day of the month following his attainment of age 65.

(C)    The annual minimum pension determined in accordance with this Section (6)(l)(ii) for any Member who retires shall not be less than the annual minimum pension which would have applied to such Employee if he had previously retired on an optional retirement date for which he was eligible, using the Vesting Service, the Credited Service and the RIP II Compensation earned by such Employee up to such optional retirement date.

(iii)    <u>Disability Pension.</u>

(A)    A Member retiring under or in accordance with the provisions of Section (6)(f) (Disability Pension) who shall have completed 15 or more years of Vesting Service as of December 31, 1994 (or, for Fort Wayne Transferred Employees, December 31, 1995) shall receive the Additional Pension, if any, required to provide an annual minimum pension. Such Additional Pension shall be equal to the excess, if any, of the Member's annual minimum pension

LMC 000436

over the amount of his annual Regular Pension computed in accordance with Section (6)(f) (Disability Pension).

The annual minimum pension of an eligible Member retiring under or in accordance with the provisions of Section (6)(f) (Disability Pension) shall be computed in the manner provided by paragraph (ii)(A) of this Section (6)(l), except that in the case of an Employee whose date of retirement precedes the first day of the month following his attainment of age 60, such minimum annual pension shall then be reduced by 12%.

(B)    In any event, a Member retiring under or in accordance with the provisions of Section (6)(f) (Disability Pension) prior to the attainment of Social Security Retirement Age who shall have completed 15 or more years of Vesting Service shall receive an annual amount at least equal to (i) his annual benefit computed in accordance with Section (6)(f) (Disability Pension), plus (ii) until the first day of the month after he attains the Social Security Retirement Age, the annual supplemental payment of $900 provided in accordance with Section (6)(e)(i)(A). Any annual payment provided in accordance with the provisions of paragraph (i)(B) of Section (6)(e), from the Personal Pension Account Annuity and the Voluntary Pension Account Annuity shall be in addition to the annual payments computed in accordance with this paragraph (B).

(iv)    Any Member who shall have completed 15 or more years of Vesting Service and who retires prior to attainment of age 60 under or in accordance with the provisions of Section (6)(d) (Optional Retirement) shall receive, in addition to his Regular Pension computed in accordance with the provisions of Section (6)(d) (Optional Retirement), an Additional Pension equal to such amount, if any, as may be necessary to provide an annual minimum retirement income of $1,500 (including the supplemental payment of $540 provided by Section (6)(e)(ii), and any Social Security Benefits for which he may be eligible), reduced by one-third of one percent for each month by which retirement precedes attainment of age 60 and further reduced by one-third of one percent for each one-twelfth of a year, or fraction thereof, by which the Employee's Credited Service is less than 25 years.

(v)    Any Additional Pension provided for by paragraph (i), (ii), or (iii)(A) of this Section shall be independent of, and in addition to, any benefits payable to the Employee under Section (6)(e) (Supplemental Payments),

LMC 000437

Section (6)(g) (Personal and Voluntary Pension Accounts) or under the Federal Social Security Act as from time to time amended.

(vi)     No Additional Pension under this Section shall be paid to:

   (A)     An Employee with less than 5 years of Vesting Service at retirement, provided that such five year requirement shall not apply in the case of a Member described in the first sentence of paragraph (i) of section (6)(l); or

   (B)     Anyone receiving payments under Section (6)(i) (Payments Upon Death) (other than payments under paragraph (iv) or (v) of Section (6)(i)) after the death of an Employee.

(vii)    An Employee who retires shall receive an annual pension at least equal to the sum of the following:

   (A)     The pension accrued for service under the GE Pension Plan to the end of 1987, plus

   (B)     1.3% of the first $14,000 of his 1988 compensation under the GE Pension Plan and 2.4% of any excess over $14,000, plus

   (C)     1.3% of the first $25,000 of his RIP II Compensation (or compensation under the GE Pension Plan) each year after 1988 and before 1995, plus 2.4% of any excess over $25,000.

For the purpose of this paragraph (vii), the Employee's benefit shall include his Personal Pension Account Annuity but exclude his Voluntary Pension Account Annuity, if any, payable on the date of his retirement regardless of whether such annuities commence on such date.

The minimum provided for in this paragraph (vii) shall not apply to Employees who are considered to be highly compensated under section 414(q) of the Code.

## (7)     INCREASE IN BENEFITS FOR CERTAIN RETIREES

This Section (7) applies only to persons who terminated service under the Plan before June 1, 1997 and after November 30, 1996, provided such Participant was eligible and elected to start receiving benefits under the Plan on the first of the month following termination of service and provided further that such Participant's benefit was not determined under Article XVII of the Plan in effect prior to July 1, 1997. Effective July 1, 1997, such Participants' retirement benefit shall be increased by an amount, if any, equal to the excess of (A) over (B), where (a) equals:

LMC 000438

the greater of the amount in (i) or (ii) below:

(i)     the amount determined using the Core Formula and Core Final Average Pensionable Earnings applied to the Participant's Credited Service as if the Core Formula had been effective on the date such Participant retired from active service, which amount shall be adjusted to reflect the form and starting date of the benefit being paid using the reduction factors described in Article I(11) for form and the adjustment factors in Article V for starting date;

(ii)    the benefit determined using the RIP II Formula adjusted to reflect the form and starting date of the benefit being paid using the reduction factors described in Article I(11) for form and the adjustment factors in Section 2(b) of this Annex for starting date.

and (B) equals:

The benefit the Participant was eligible to receive as of the date such Participant retired from Active Service, in the form in which it was paid on such date.

Such increase, if any, shall be payable in the same form of payment as originally elected by the Participant.

LMC 000439



**Addendum A**

**Additional Provisions Applicable to Former Members of the Retirement Plan for the Employees of RCA Corporation and Subsidiary Companies**

Effective the close of business on December 31, 1988, the Retirement Plan for the Employees of RCA Corporation and Subsidiary Companies ("RCA Plan") was merged into the GE Pension Plan. Effective that date, the benefits to which members and beneficiaries of the RCA Plan were entitled, determined as of December 31, 1988, became the obligation solely of the GE Pension Plan and payable solely from the assets of the GE Pension Plan.

Effective as of April 5, 1993, the benefits to which Employees described in Article XVII(2) of the Plan in effect on June 30, 1997 and beneficiaries of such Employees were entitled, determined as of April 5, 1993, became the obligation solely of the Plan and payable solely from the assets of the Plan.

Effective on April 5, 1993 this Addendum A was made part of the Plan to provide for the benefits of former members of the RCA Plan who (i) were Employees of RCA on December 31, 1988 (or their beneficiaries) and (ii) became, on April 5, 1993 participants in this Plan.

Terms used in reference to provisions of the RCA Plan, not otherwise defined herein or in the Plan, shall have the same meanings as set forth in the RCA Plan on December 31, 1988.

Nothing in this Addendum A shall cause any participant to receive duplicate credit for the same period of service or to receive duplicate benefits with respect to the same period of time. Nothing in this Addendum A shall affect the rights of members of the GE Pension Plan whose employment with General Electric Company was terminated prior to April 5, 1993, and who do not subsequently become Members in this Plan.

**Section A. Definitions as used in this Addendum:**

"RCA *Plan*" means the Retirement Plan for the Employees of RCA Corporation and Subsidiary Companies in effect on December 31, 1988.

"*RCA Plan PQS*" means all years of credited service under the RCA Plans through 1988 (rounded to the next higher year in the case of a fractional year) plus one year.

"*Employee of RCA on December 31, 1988*" means either (i) a person in the service of any employer included in the RCA Plan on December 31, 1988 and who became employed by General Electric Company on January 1, 1989, or (ii) a person who, on December 31, 1988 was on layoff or approved leave of absence from an employer included in the RCA plan and returns to employment with General Electric Company or

LMC 000440

the Company on or after January 1, 1989 before or upon the expiration of his or her layoff or leave of absence period.

"*Pre-1989 RCA Plan Benefit*" refers to the applicable benefit provided for in the RCA Plan on December 31, 1988.

"*Post-1988 Plan Benefit*" refers to the applicable benefit provided for in this Plan on or after December 31, 1988.

**"Alternate Benefit ( *Wraparound*)"**

In place of electing to receive the sum of (i) the Pre-1989 RCA Plan Benefit plus (ii) the Post-1988 Plan Benefit, a former RCA Plan member may be eligible at retirement to elect an Alternate Benefit calculated approximately as though he had been a participant in this Plan for his entire period of service under the RCA Plan, the GE Pension Plan and this Plan.

    **a.**       **Election of Alternate Benefit by Former RCA Employee**

A former RCA employee who meets the eligibility requirement in Paragraph b. below and who retires in accordance with the provisions of Section (6)(c) (Amount of Pension at Normal Retirement), Section (6)(d) (Optional Retirement), Section (6)(f) (Disability Pension) or Section (6)(k) (Accrued Benefit) under this Plan may elect at retirement to receive the Alternate Benefit described in Paragraph d. below in lieu of the Pre-1989 RCA Plan Benefit and Post-1988 Plan Benefit which would otherwise become payable. Payment of the Alternate Benefit shall be in lieu of any other benefit which would otherwise have been payable under this Plan including benefits formerly payable under the RCA Plan.

    **b.**       **Eligibility for Alternate Benefit**

To be eligible for the Alternate Benefit described in Paragraph d. below, a former member of the RCA Plan must have been

       (i)      an employee in active service (or on layoff or approved leave of absence) on December 31, 1988 of an employer included in the RCA Plan on that date who enrolled in the GE Pension Plan as of January 1, 1989 (or within 3 months of the expiration of the layoff period or leave of absence) or in this Plan within 3 months of the expiration of the employee's layoff period or leave of absence, or

       (ii)      an employee in active service of an employer included in the RCA Plan on or after June 9, 1986 who became a Member in the GE Pension Plan on or after June 9, 1986 and before January 1, 1989 and was such a Member in the GE Pension Plan on January 1, 1989, or

LMC 000441

(iii)     an employee in active service of an employer included in the RCA Plan on or after June 9, 1986 who was transferred before January 1, 1989 directly to a company (other than an Affiliate of General Electric Company), in connection with the sale or other disposition of a General Electric Company business and who becomes a Member in the GE Pension Plan or this Plan within 3 months of termination of employment with such non-affiliated company and whose absence has not exceeded the lesser of five years or his prior continuous service at the time of transfer.

**c.      Election of Alternate Benefit by Surviving Spouse or Beneficiary**

A surviving spouse or beneficiary of a former RCA employee who died before retirement may elect upon such employee's death the Alternate Benefit described in paragraph d below provided such former RCA employee met the requirements in paragraph b above.  The Alternate Benefit shall be in lieu of any other benefit which would otherwise have been payable to the surviving spouse or beneficiary under this Plan, including benefits formerly payable under the RCA Plan.

**d.      Alternate Benefit**

The Alternate Benefit payable to a former RCA employee or a surviving spouse or beneficiary shall be equal to the Pension as defined in Section (6)(c), the Supplemental Payments as defined in Section (6)(e), the additional payments as defined in Section (6)(l) of this Plan, and such other benefits, as applicable, which would have been payable to such person under this Plan if the former RCA employee's Service and Compensation under this Plan were equal to:

(i)     his "credited service" and "earnings" under the RCA Plan through 1988 (as such terms were defined in the RCA Plan as of December 31, 1988), and

(ii)     his Service, RIP II Compensation, and Transition Pensionable Earnings under this Plan after 1988 (or, for former RCA Plan members who meet the requirements of b.(ii) above, his Service, RIP Compensation, and Transition Pensionable Earnings under the Plan on or after June 9, 1986,

with the following exceptions:

(A)     The annual Career Annuity for service to the end of 1987 for a former RCA Plan member who had five or more years of credited service in the RCA Plan on December 31, 1987 shall be calculated as follows:

LMC 000442

(i)      .95% of the first $25,000 of the employee's "average annual earnings" (as such term was defined in the RCA Plan on December 31, 1987) for the years 1983 through 1987, plus

(ii)     1.5% of such "average annual earnings" (as such term was defined in the RCA Plan on December 31, 1987) in excess of $25,000,

(iii)  multiplied by the employee's years of credited service under the RCA Plan to the end of 1987 plus one.

(B)      Employee contributions and interest thereon and any benefit based on Employee contributions for years through 1988 (or such earlier date of participation in this Plan for Employees who meet the requirements of b (ii) (above) shall be equal to or based on the Employee contributions and interest under the RCA Plan through 1988.

(C)      For purposes of calculating the Alternate Benefit, a former RCA employee's earnings shall be those used in calculating his retirement benefits under the RCA Plan except that earnings shall not include more than 50% of his incentive compensation award and shall exclude any bonus paid as consideration for his continued service.

e.      **Other Provisions**

Any increase in the annual amount of the Pension payable to a former employee member of the RCA Plan resulting from the application of paragraph d. above shall be added to and become part of the employee's future service annuity.

The Pension Benefit Service of a former employee member of the RCA Plan for whom an Alternate Benefit becomes payable shall be increased by his credited service under the RCA Plan through 1988 plus one year.  The Vesting Service of a former employee member of the RCA Plan for whom an Alternate Benefit becomes payable shall be increased by his RCA Plan PQS.

**Section B.      Eligibility for Participation**

Employees to whom Addendum A applied on December 31, 1994 and who continue to participate in the Plan shall continue to be subject to this Addendum A as long as they participate in the Plan.

**Section C.  Benefit Limitations**

In the event that the aggregate annual benefits payable to a participant to whom a Pre-1989 RCA Plan Benefit is payable exceed the limitations set forth in this Section, any

LMC 000443

reduction in benefits provided for in this Plan in order to comply with the limitations shall be applied last to benefits attributable to the Pre-1989 RCA Plan Benefit.

For purposes of the last paragraph of Section V(5)(b)(ii), the term "Vesting Service" shall include RCA Plan PQS minus one.

## Section D.  Automatic and Optional Forms of Benefit

### 1.     Pre-1989 RCA Plan Benefit

A former member of the RCA Plan who becomes a Member and who retires under Section (6)(c) (Amount of Pension at Normal Retirement) or Section (6)(d) (Optional Retirement) may elect to defer commencement of his Pre-1989 RCA Plan Benefit payments until the first day of any subsequent month up to April 1 of the year following his attainment of age 70-1/2, but not beyond the date he elects to commence receipt of his Pension for Service after 1988 under this Plan.  Any former member of the RCA Plan who does not receive his Pre-1989 RCA Plan Benefit immediately upon termination of service with the Company shall be entitled only to benefits payable to a terminated employee under Section 7 of the RCA Plan in effect on December 31, 1988.

### 2.     Post-1988 Plan Benefit

A former member of the RCA Plan who does not elect a lump sum settlement of his Pre-1989 RCA Plan Benefit may not elect to defer receipt of his Post-1988 Plan Benefit beyond the date he elects to commence receipt of his Pre-1989 RCA Plan Benefit, if the Post-1988 Plan benefit is then payable.  If such former member of the RCA Plan elects to receive his Pre-1989 RCA Plan Benefit in a lump sum, he may elect to defer commencement of his Post-1988 Plan Benefit until the first day of any subsequent month up to April 1 of the year following the year he attains age 70-1/2.

## Section E.  Disability Pension

### a.     Pre-1989 RCA Plan Benefit

A former member of the RCA Plan who becomes a Member in this Plan shall not be entitled to a Disability Pension based on any period of service through 1988, unless the Alternate Benefit is elected.

### b.     Post-1988 Plan Benefit

For purposes of meeting the 15-year Vesting Service requirement for eligibility for a disability pension (but not the amount of such benefit), RCA Plan PQS shall be treated as Vesting Service.  The disability pension provided for in this Section shall apply and be based solely on the Post-1988 Plan Benefit, unless the Alternate Benefit is elected.



LMC 000444

## Section F.    Re-Employment of a Vested Terminate

The Pre-1989 RCA Plan Benefit of a member of the RCA Plan who terminated service prior to January 1, 1989 and who is reemployed after April 4, 1993 prior to retirement by the Corporation or an affiliate of the Corporation shall be subject to the provisions of Section 7(d) of the RCA Plan in effect on December 31, 1988.

The Pre-1989 RCA Plan Benefit of a member of the RCA Plan who was on approved leave of absence on December 31, 1988 entitling him to make contributions for the period of the leave pursuant to Section 3(b) of the RCA Plan in effect on December 31, 1988 and who returns to employment with General Electric Company prior to April 3, 1993, the Corporation, or an affiliate of the Corporation on or after January 1, 1989 shall be subject to the provisions of Section 3(b) of the RCA Plan in effect on December 31, 1988.

For purposes of Sections 2(d), 2(e), 3(b) and 7(d) of the RCA Plan, "an employer maintaining the plan" shall mean General Electric Company until April 3, 1993, the Corporation, or an affiliate of the Corporation or General Electric Company and "an employer included in the plan" shall mean General Electric Company until April 3, 1993 or the Corporation.

### b.    Post-1988 Plan Benefit

The provisions of this Section shall apply to the Post-1988 Plan Benefit and Service after 1988.

## Section G.  Re-Employment of Retired Participant

The Pre-1989 RCA Plan Benefit of a retired member of the RCA Plan who was reemployed by an employer maintaining the RCA Plan prior to 1989 and whose benefits were suspended in accordance with Section 2(d) of the RCA Plan shall, upon subsequent retirement, be recalculated in accordance with Section 2(d) of the RCA Plan in effect on December 31, 1988.

The Pre-1989 RCA Plan Benefit of a retired member of the RCA Plan who retired on or after April 5, 1993 and is reemployed after April 5, 1993 by the Corporation or an Affiliate of the Corporation shall be suspended.  Upon subsequent retirement, his benefits will be calculated in accordance with this Section.

If a former member of the RCA Plan received his retirement benefits in a lump sum is reemployed on or after April 5, 1993 by the Corporation or an affiliate of the Corporation, he shall be treated as a new employee for purposes of determining his accrued benefits under this Plan.

LMC 000445

### Section H.  Vesting:  Termination of Service

1.      **Pre-1989 RCA Plan Benefit**

A former RCA Plan member shall be entitled to a Pre-1989 RCA Plan Benefit derived from employer contributions if the combination of Vesting Service under this Plan, and any RCA Plan service counted for purposes of determining whether a member is entitled to retirement benefits derived from employer contributions under Section 4(a) of the RCA Plan in effect on December 31, 1988, equals or exceeds five years.

2.      **Post Closing Date Plan Benefit**

For purposes of determining whether a former RCA Plan member who became a Member in the GE Pension Plan on January 1, 1989, and became a Member in this Plan on April 5, 1993 shall acquire a right to his accrued benefit derived from Company contributions for periods of Service after 1988, all RCA Plan service for periods of service through 1988 which would have been counted for purposes of determining whether a member would have been entitled to a Pre-1989 RCA Plan Benefit derived from employer contributions under Section 4(a) of the RCA Plan in effect on December 31, 1988, shall be treated as Vesting Service.

### Section I.  Miscellaneous

1.      **Pre-1989 RCA Plan Benefit**

In the case of a Member who at any time transfers directly to any other company or business entity in connection with the sale or other disposition of a company or business as described in the second paragraph of Section 18(29) of the RCA Plan in effect on December 31, 1988, the Pre-1989 RCA Plan Benefit of such transferred Employee who on the date of such sale or other disposition would have been entitled to an RCA Plan retirement benefit derived from employer contributions under Section 4(a) of such RCA Plan in effect on December 31, 1988, had the Employee retired on the first day of the month following such sale or disposition, shall be subject to the provisions of such second paragraph of Section 18(29) of the RCA Plan (dealing with continued eligibility for survivor benefits, early retirement reduction factors and supplemental payments).

2. **Post-1988 Plan Benefit**

The provisions of this Section shall apply to the Post-1988 Plan Benefit and Service after 1988.

The principles set forth in Section (6)(j)(iv) of the Plan dealing with refunds to participants of amounts attributable to Employee contributions (including participants who are not vested in any employer-provided normal retirement benefit) shall also apply

LMC 000446

with respect to the Pre-1989 RCA Benefit.  Consistent with such principles and unless an election to receive a lump sum is made with respect to the Pre-1989 RCA Benefit as described below,  such a refund shall be distributed in accordance with the normal form of annuity payable under the RCA Plan (which shall be the qualified joint and survivor annuity in the case of a married participant).  However, the participant may elect to receive a lump sum distribution as provided under the RCA Plan with Spouse's Consent. Similarly, the principles set forth in paragraph (iii) of Section (6)(i) of the Plan dealing with refunds to surviving spouses of amounts attributable to Employee contributions where the participant was not vested prior to death in any employer-provided normal retirement benefit shall also apply so that the normal form of distribution of such refunds shall be the spousal preretirement survivor annuity payable under the RCA Plan. However, the surviving spouse may elect to receive a lump sum distribution of such refund under the RCA Plan instead.  For purposes of this paragraph, the actuarial assumptions set forth in Section (6)(c)(iii) which are used to convert amounts to an annuity shall apply.

**Section J.     Amount of Pension at Normal Retirement**

    **a.     Pre-1989 RCA Plan Benefit (Retirement Benefits)**

        In addition to the Pension provided for in Section (6)(3) for Service on and after January 1, 1989, there shall be payable to a former member of the RCA Plan who retires on or after his normal retirement date a Pre-1989 RCA Plan Benefit equal to the retirement benefits accrued under the terms of the RCA Plan through December 31, 1988, that would otherwise have become payable under the RCA Plan as in effect on that date. For purposes of determining such retirement benefits, only earnings and credited service under the RCA Plan (as defined therein) through December 31, 1988, shall be used.

    **b.     Post-1988 Plan Benefit**

        There shall be payable to a former member of the RCA Plan  who becomes a Member in this Plan on or after April 5, 1993, and who retires on or after his normal retirement date, an annual Pension provided for in Section (6)(c) of this Plan based solely on such Employee's Compensation and Service after 1988 (the "Post-1988 Plan Benefit").

    Section K.  Optional Retirement

    **a.     Pre-1989 RCA Plan Benefit (Retirement Benefits)**

    **(i) Termination of Service before Age 60.**

        Any participant who was a member of the RCA Plan on December 31, 1988 and who would have been entitled to a retirement benefit derived from employer contributions under Section 4(a) of the RCA Plan in effect on December 31, 1988, may after termination of service before attainment of age 60 elect to receive his Pre-1989

LMC 000447

RCA Plan Benefit on the first day of any month subsequent to attainment of age 55. For purposes of determining whether a former RCA Plan member would have been entitled to a benefit derived from employer contributions with respect to his Pre-1989 RCA Plan Benefit, all Vesting Service accumulated after December 31, 1988, shall be aggregated with all periods of RCA Plan service that would have been counted for that purpose under the RCA Plan through December 31, 1988. Any Member who was such a member of the RCA Plan and who elects to receive his Pre-1989 RCA Plan Benefit immediately upon termination of Service with the Company on or after attaining age 55 and before attaining age 60 shall be entitled to receive only his Pre-1989 RCA Plan Benefit reduced as set forth below:

| Age at Early Retirement | Percent Reduction |
|---|---|
| 59 | 13% |
| 58 | 20% |
| 57 | 27% |
| 56 | 34% |
| 55 | 40% |

Notwithstanding the foregoing, if an Employee terminated Service before January 1, 1995 and (i) before age 55 or (ii) on or after attaining age 55 but did not elect to receive his Pre-1989 RCA Plan Benefit immediately upon termination, the Pre-1989 RCA Plan Benefit of any such employee shall be reduced by one-third of 1 percent for each month by which the participant's actual retirement date precedes the first day of the month following his 60th birthday.

(ii)    <b>Termination of Service at Age 60 or Later.</b>

Any participant who was a member of the RCA Plan on December 31, 1988 who terminates Service at age 60 or later may elect to receive his Pre-1989 RCA Plan Benefit on the first day of any month subsequent to his termination of Service subject to the provisions of Article VI (Automatic and Optional Forms of Benefit). Such Pre-1989 RCA Plan Benefit shall not be reduced for early retirement.

<b>(b)    Post-1988 Plan Benefit (Pension)</b>

A former RCA Plan member who receives his Pre-1989 RCA Plan Benefit prior to the time he would be entitled to optional retirement under this Section with respect to his Post-1988 Plan Benefit shall be considered a vested terminated participant for all other purposes of this Plan and shall be entitled to receive his Post-1988 Plan Benefit in accordance with Article IX, Section (6)(j) Payments Upon Termination of Employment, and Section (6)(l) Accrued Benefit.

<b>Section L.  Supplemental Payments</b>

<b>a.    Pre-1989 RCA Plan Benefit (Supplemental Benefits)</b>

LMC 000448

Any participant who was an employee member of the RCA Plan on December 31, 1988 and who retires directly from Service with the Company after attaining age 60 and before attaining age 65, shall be entitled to receive a Supplemental Early Retirement Benefit or Optional Supplemental Retirement Benefit as set forth in Sections 10(b) and (c) of the RCA Plan if he had met the credited service requirements for those benefits at December 31, 1988.

### b.   Post-1988 Plan Benefit (Supplemental Payments)

For purposes of determining the eligibility of a former member of the RCA Plan who became a Member of this Plan on April 5, 1993, for the supplemental payments provided for in Section (6)(e)(iii) (but not for purposes of determining the amount of any such supplemental payment), all periods of RCA Plan PQS, as defined in Section XXVI (General Definitions) of the RCA Plan, shall be treated as Vesting Service.

## Section M.  Survivor Benefits

### a.   Pre-1989 RCA Plan Benefit (Forms of Benefits)

Any participant who is entitled to a Pre-1989 RCA Plan Benefit may elect to receive his Pre-1989 RCA Plan Benefit in any form available under the RCA Plan on December 31, 1988, subject to the conditions for the election of any such form set forth in Section 4(b) and 8 of the RCA Plan on December 31, 1988.  Notwithstanding the foregoing, election of a lump sum option shall not be subject to approval of the Plan Administrator or to a submission of evidence of good health.  The amount of the Pre-1989 RCA Plan Benefit payable in any optional form provided by the RCA Plan shall be determined by using the basis for actuarial assumptions set forth in Section 8(c) of the RCA Plan on December 31, 1988 for such purpose.  Notwithstanding the foregoing, on or after January 1, 2000, if a lump sum is payable with respect to the Pre-1989 RCA Plan Benefit, the amount of the lump sum shall not be less than the amount derived from applying the assumptions under Article I(29).

### b.   Post-1988 Plan Benefit (Survivor Benefits)

The survivor benefits provided for in this Section shall apply to and be based solely on the Post-1988 Plan Benefit.

## Section N.  Payments Upon Death

### a.   Pre-1989 RCA Plan Benefit (Death Benefits, Surviving Spouse Benefit, and Preretirement Survivor Annuity)

In all instances in which an Employee's or former Employee's contributions plus interest thereon become payable to the beneficiary of a deceased Employee, the amount of Employee contributions through 1988 made by a former RCA Plan member to the

LMC 000449

RCA Plan shall be paid with interest provided for in Section 5(a) of the RCA Plan through 1988, interest provided for in the GE Pension Plan for the period after 1988 and before April 5, 1993,  and Interest at the rates and calculated in the manner provided in this Plan for the period after April 4, 1993.

The Surviving Spouse Benefit and Preretirement Survivor Annuity provided for in Section 6 of the RCA Plan on December 31, 1988, shall be based solely on the Pre-1989 RCA Plan Benefit.  Solely for purposes of determining eligibility for those benefits, all periods of Pension Qualification Service under this Plan and pension qualification service under the GE Pension Plan after 1988 shall be counted as credited service and years of service for vesting purposes under the RCA Plan.  For purposes of determining eligibility for the Surviving Spouse Benefit provided in Section 6 of the RCA Plan, the term "normal retirement date" contained therein shall be deemed to mean the first day of the month following attainment of age 70.

**b.**  **Post-1988 Plan Benefit (Payments Upon Death)**

Solely for purposes of determining eligibility for payments upon death, as set forth in this Section (but not for purposes of determining the amount of any such payments), RCA Plan PQS shall be treated as Vesting Service.

**Section O.  Payments Upon Termination of Employment**

**a.**  **Pre-1989 RCA Plan Benefit (Termination of Service)**

**i.**  **Non-Vested Member.**

In the event a former member of the RCA Plan who terminates service with the Company after April 4, 1993, without having acquired a nonforfeitable right to a Pre-1989 RCA Plan Benefit derived from employer contributions ("non-vested member") elects to withdraw his contributions made to the RCA Plan through 1988, he shall be paid the amount of his Employee contributions through 1988 with interest as provided in Section 7(a)(1) of the RCA Plan through 1988, interest provided for in the GE Pension Plan for the period after 1988 and before April 5, 1993, and interest at the rates and calculated in the manner provided in this Plan for years after April 4, 1993.  A non-vested member of the RCA Plan who leaves his contributions made through 1988 in the Plan shall be entitled to a Pre-1989 RCA Plan Benefit derived solely from his contributions through 1988 determined in accordance with Section 18(2) of the RCA Plan in effect on December 31, 1988.

**ii.**  **Vested Member.**

In the event that a former member of the RCA Plan who terminates service with the Company after April 4, 1993, after acquiring a nonforfeitable

LMC 000450

right to a Pre-1989 RCA Plan Benefit derived from employer contributions ("vested member") elects to withdraw his contributions made to the RCA Plan through 1988, he shall be paid the amount of his Employee contributions through 1988 with interest specified in the table set forth in Section 7(a)(1) of the RCA Plan through 1988, interest provided for in the GE Pension Plan for the period after 1988 and before April 5, 1993, and interest at the rates and calculated in the manner provided in this Plan for years after April 4, 1993.  In the event a vested former RCA Plan member withdraws his contributions made through 1988, his Pre-1989 RCA Plan Benefit shall be reduced by the amount of such benefit attributable to the withdrawn contributions determined in accordance with the methodology set forth in (6)(k)(ii).

**b.     Post-1988 Benefit (Payments upon Termination of Employment)**

Solely for purposes of determining eligibility for payments upon termination of employment set forth in this Section (but not for the purpose of determining the amount of any such payments), RCA Plan PQS shall be treated as Vesting Service.

**c.     Other Requirements for Withdrawal of Employee Contributions**

In the event a terminated participant elects to withdraw his contributions from the Plan, he must elect to withdraw all his contributions including those made under this Plan, under the GE Pension Plan, and under the RCA Plan.  In the event that a terminated non-vested participant elects to withdraw his contributions from the Plan, he shall receive not less than the value of the benefit derived from Employee contributions determined in accordance with Section 411(c) of the Code.

## Section P.  Minimum Pension

**a.     Pre-1989 RCA Plan Benefit**

A former member of the RCA Plan who becomes a Member in this Plan shall not be entitled to any additional or minimum payments provided for in this Section based on any period of service through 1988 under the RCA Plan, unless the Alternate Benefit is elected.

**b.     Post-1988 Plan Benefit (Minimum Pension)**

For purposes of determining whether a former member of the RCA Plan who becomes a Member in this Plan is eligible for additional payments to provide a minimum pension under this Section, RCA Plan PQS shall be treated as Vesting Service.

The minimum annual pension of such Member shall be determined solely on the basis of his Credited Service for Service after 1988, unless the Alternate Benefit is elected.  If an Employee has completed less than five calendar years of participation in

LMC 000451

this Plan, "earnings" as defined in Section 18 (11) of the RCA Plan shall be considered Compensation for the period immediately prior to 1989 to the extent needed to complete the five calendar years.

LMC 000452

IN WITNESS WHEREOF, Lockheed Martin Corporation has caused this instrument to be executed on this *19* day of *February* 2002.

**LOCKHEED MARTIN CORPORATION**

By: _____
Terry F. Powell
Senior Vice President, Human Resources

WITNESS:

LMC 000453