# EXHIBIT 3

SUMMARY    PLAN    DESCRIPTION

# Lockheed Martin Corporation Salaried Retirement Program

**LOCKHEED MARTIN**

**Effective January 1, 2005**

ZJ5

LMC 000454

This booklet does not create a contract of employment between Lockheed Martin Corporation or its subsidiaries and any employee. Nothing in this booklet prevents Lockheed Martin from terminating or changing the terms of any employee's employment.

The Lockheed Martin Corporation Salaried Retirement Program is expected to be continued indefinitely. However, the Company, by action of the Board of Directors or its authorized delegate, reserves the right to amend, suspend, or terminate the program at any time.

The terms of the Retirement Program are set forth in the official plan documents and cannot be modified or supplemented by the contents of this booklet or other written or oral statements to you from human resources representatives or other personnel. This booklet cannot create rights to benefits that are not expressly provided under the official plan documents. Where conflict exists, the official plan documents govern.

LMC 000455

# Table of Contents

Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .2

Participating in the Plan  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .3

Service  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .4

Determining your Retirement Program benefit  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .9

If you are laid off . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .14

Leaving the Company before becoming eligible to retire  . . . . . . . . . . . . . . . . . . . . .15

Payment methods . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .16

Pre-retirement survivor benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .19

Transfers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .20

Administrative information  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .21

Appendix A — Participating business units  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .27

Appendix B — 2005 Social Security Breakpoint table . . . . . . . . . . . . . . . . . . . . . . . .29

LMC 000456

# Introduction

Lockheed Martin Corporation (the "Company") is pleased to present you with this Summary Plan Description (SPD), which summarizes the provisions of the Lockheed Martin Corporation Salaried Retirement Program (the "Retirement Program"). The Retirement Program benefits are an important part of the retirement resources provided by the Company. In conjunction with any Company savings plan in which you participate, your Social Security benefits and your own financial resources, the Retirement Program is intended to help you enjoy a more comfortable and secure retirement. We urge you to read this booklet carefully.

The Lockheed Martin Corporation Salaried Retirement Program applies to certain pension plans covering eligible salaried Lockheed Martin employees. The plans that comprise the Retirement Program are: the Lockheed Martin Corporation Retirement Income Plan ("RIP"), the Lockheed Martin Corporation Retirement Plan for Certain Salaried Employees ("Certain Salaried"), and the KAPL, Inc. Pension Plan for Salaried Employees ("KAPL").

LMC 000457

# Participating in the Plan

## *Who is eligible*

The Lockheed Martin Corporation Salaried Retirement Program covers certain active, salaried employees of the Company. Those who participated in the Lockheed Martin Corporation Retirement Income Plan (including RIP II), the Lockheed Martin Corporation Retirement Plan for Certain Salaried Employees, and the KAPL, Inc. Pension Plan for Salaried Employees as of June 30, 1997 and continued employment in a covered classification after that date, are included.

In addition, certain salaried employees who are hired on or after July 1, 1997 are covered by the Retirement Program if they work for participating business units (see Appendix A on pages 27 and 28).

The term employee includes only those individuals that the Company classifies on its payroll records as employees. Thus, you are not eligible to participate in the Plan if you are a consultant, independent contractor, leased employee, are paid by a third party employer, or otherwise are not classified as an employee by the Company. You are also not eligible to participate in the Plan if you are covered by a collective bargaining agreement that does not provide for participation in the Plan.

## *Cost*

The Company pays the entire cost of providing your Retirement Program benefits. You do not make any contributions.

3

LMC 000458

# Service

## Period of Employment

Your Period of Employment is the time within which your service is counted for Vesting Service, Credited Service and Benefit Eligibility Service purposes. Your Period of Employment with the Company begins on your first day of employment and continues until your termination of employment.

## Hours of Service

Vesting Service, Credited Service and Benefit Eligibility Service amounts are calculated based on your Hours of Service. An Hour of Service is each hour for which you are paid for performing duties and for holidays, vacation, certain military leaves and paid leaves of absence. If you are a full-time employee, you are credited with 190 Hours of Service for each month in which you work at least one hour. In addition, any overtime hours you work count toward your service. How certain absences count toward your service is described later on this page.

If you work part-time, you are credited each month with the actual number of hours you worked rather than 190 hours.

## Vesting Service

Vesting Service is used to determine your eligibility for a retirement benefit. Your years of Vesting Service are determined by counting the number of Hours of Service with which you are credited during each Plan Year after your date of hire. You earn one year of Vesting Service for each year you are credited with at least 1,000 Hours of Service. If you are credited with less than 1,000 hours in a year, you will earn a pro-rata portion of a year of Vesting Service determined by dividing your number of hours worked by 1,000.

Once you become vested, you have a nonforfeitable right to a pension benefit, even if you leave the Company before retirement.

## When you become vested

You become vested after:

➤ you have five years of Vesting Service, or
➤ you reach age 65 (which is your normal retirement date) while employed by the Company.

If you leave the Company before becoming vested, you will not be entitled to a pension benefit.

The following absences (during your Period of Employment) will also be counted toward your Vesting Service:

➤ Paid leaves of absence
➤ Certain service in the United States military for up to five years if you return to work following your release from military service
➤ When you are paid, but do not perform any duties (e.g., holidays)
➤ Transfers to a business unit or employee classification not covered by this Plan

LMC 000459

**Example: Determining Your Vesting Service**

You were hired on Sept. 1, 2000, and work continuously until you terminate employment on July 31, 2005. Your Vesting Service is determined as follows:

| Dates of Employment | Hours of Service | Years of Vesting Service |
|---|---|---|
| Sept. 1, 2000 to Dec. 31, 2000 | 760 | .7600 |
| Jan. 1, 2001 to Dec. 31, 2001 | 2,080 | 1.0000 |
| Jan. 1, 2002 to Dec. 31, 2002 | 2,080 | 1.0000 |
| Jan. 1, 2003 to Dec. 31, 2003 | 2,080 | 1.0000 |
| Jan. 1, 2004 to Dec. 31, 2004 | 2,080 | 1.0000 |
| Jan. 1, 2005 to July 31, 2005 | 1,330 | 1.0000 |
| **Total Vesting Service** | | 5.7600 |

In this example, the partial years of service in the year 2000 and the year 2005 are counted for vesting purposes by dividing your number of Hours of Service for each partial year by 1,000 and capping the Vesting Service at one per year. You would have earned 5.7600 years of Vesting Service even though you only worked four complete plan years. As a result, you are vested upon termination of employment and are eligible for a retirement benefit when you reach an eligible retirement age.

## Credited Service

Credited Service is used to determine the amount of your retirement benefit and Early Retirement supplement. Your years of Credited Service are determined by counting the number of Hours of Service with which you are credited during each Plan Year. You earn one year of Credited Service for each year you are credited with 2,080 or more hours. If you are credited with less than 2,080 hours in a year, you will earn a pro-rata portion of a year of Credited Service determined by dividing your number of hours by 2,080.

The following types of absences (during your Period of Employment) will be included in the determination of your Credited Service:

➤ Paid leaves of absence
➤ Certain service in the United States military for up to five years if you return to work following your release from military service
➤ When you are paid, but do not perform any duties (e.g., holidays).

You will not receive Credited Service:

➤ while you are covered by a multi-employer plan to which Lockheed Martin Corporation or its subsidiaries, affiliates or predecessor made contributions for you;
➤ while you are covered by any other qualified defined benefit plan or defined contribution plan sponsored by Lockheed Martin Corporation or its subsidiaries, affiliates, or predecessor (other than the Lockheed Martin Corporation Salaried Savings Plan);
➤ for severance and accrued vacation paid upon termination of employment;
➤ for periods of time during which you did not elect to participate in a contributory defined benefit plan, if eligible; or
➤ for periods of time while working for a business unit or employee classification not covered by this Plan.

5

LMC 000460

### Example: Determining Your Credited Service

You were hired on Sept. 1, 2000, and work continuously until you terminate employment on July 31, 2005. Your Credited Service is determined as follows:

| Dates of Employment | Hours of Service | Years of Credited Service |
|---|---|---|
| Sept. 1, 2000 to Dec. 31, 2000 | 760 | .3654 |
| Jan. 1, 2001 to Dec. 31, 2001 | 2,080 | 1.0000 |
| Jan. 1, 2002 to Dec. 31, 2002 | 2,080 | 1.0000 |
| Jan. 1, 2003 to Dec. 31, 2003 | 2,080 | 1.0000 |
| Jan. 1, 2004 to Dec. 31, 2004 | 2,080 | 1.0000 |
| Jan. 1, 2005 to July 31, 2005 | 1,330 | .6394 |
| **Total Credited Service** | | **5.0048** |

For Sept. 1, 2000, to Dec. 31, 2000, your Credited Service is determined by dividing your Hours of Service (760) by the number of hours in the year (2,080), yielding .3654.

Similarly, for Jan. 1, 2005 to July 31, 2005, your Credited Service is determined by dividing your Hours of Service (1,330) by the number of hours in the year (2,080), yielding .6394.

## Benefit Eligibility Service

Benefit Eligibility Service is used to determine your eligibility for Early Retirement benefits, supplements, and special layoff benefits. Benefit Eligibility Service is determined like Credited Service, but it also includes any additional service with the Company in a group that does not participate in the Retirement Program, or, when approved by the Board of Directors, with certain companies that were acquired by the Company and by which you were employed on the date of the acquisition.

You will not receive Benefit Eligibility Service:

➤ for periods of time during which you did not elect to participate in a contributory defined benefit plan, if eligible; or

➤ If you were on a leave of absence from the Company for any reason except authorized paid leave, personal illness, maternity, compensable work injury, environmental health hazard, military leave, or leave under the Family and Medical Leave Act of 1993.

## Service and long term disability

Under the Retirement Program, you will not accrue any service while you are disabled, except for approved periods covered by salary continuance. Your Period of Employment will end on the last day worked or, if applicable, the last day you received benefits under the salary continuation program.

LMC 000461

## Breaks in Service

When you are credited with less than 190 hours in a plan year, you have incurred a Break in Service and, therefore, have interrupted your Period of Employment. If you return to work, however, your service before your Break in Service may be connected (bridged) with your subsequent employment if you satisfy the requirements specified in this section.

### If you terminate employment after Aug. 22, 1984 for RIP or KAPL or Dec. 25, 1985 for the Certain Salaried Plan

If you are credited with at least 1,000 hours in the 12 months after you are rehired, your original Period of Employment will be bridged and your prior service will be counted if:

➤ you were vested when you originally terminated employment,

➤ your Break in Service was less than five consecutive years, or

➤ the number of years of Vesting Service you earned before your termination equals or exceeds your number of consecutive one year Breaks in Service since your termination.

### If you terminated employment before Aug. 23, 1984 for RIP or KAPL or Dec. 26, 1985 for the Certain Salaried Plan and are rehired

Special provisions from the Employee Retirement Income Security Act (ERISA), the Retirement Equity Act (REA), and this Retirement Program will determine whether your original Period of Employment will be bridged.

### If your absence is related to maternity or paternity

If you are absent from work due to pregnancy, the birth of a child, the placement of a child with you for adoption, or to care for a child following birth or placement, the Retirement Program may credit you with an additional 190 Hours of Service if necessary to avoid a Break in Service. This Service will be credited in the year in which your absence begins (or if not needed that year, then in the following year).

### If you are rehired after retirement

If you retire and are later rehired by the Company as an employee, you will earn additional credit toward your pension benefit in accordance with applicable Plan provisions until you terminate service. Your pension benefits will not be suspended during your period of reemployment if you are scheduled to work 32 or fewer hours per week but in no event more than 999 hours in a 12 consecutive month period. If you are rehired on a permanent basis, your pension benefits will be suspended and you will have to apply to have your pension benefits begin again following your termination of employment.

### If you transfer to a non-participating group

If you transfer to a business unit that does not participate in the Plan, you will continue to earn Vesting Service and Benefit Eligibility Service; however, benefits may not begin until you terminate employment with the Company and you have attained at least age 55.

LMC 000462

## Breaks in Service for employees in the Lockheed Martin Corporation Retirement Plan for Certain Salaried Employees

### Before Dec. 25, 1976

Special rules apply if you terminated employment before Dec. 25, 1976, and were not entitled to any deferred retirement benefits at the time you left. Please call the Lockheed Martin Employee Service Center to determine how your benefit will be calculated if you had a pre-1976 break in service.

### On or after Dec. 25, 1976

On the other hand, if you leave Lockheed Martin on or after Dec. 25, 1976, and later return to work, you will get credit for your service before the break if:

➤ you had completed at least 10 years of service with the Company at the time you left, or
➤ the number of years you are away is less than the number of years of service you had before the break.

### After Dec. 25, 1985

If you have a break in service that occurs after Dec. 25, 1985, and the break period is less than five years or you had a vested benefit, you will get credit for the service before the break.

8

LMC 000463

# Determining your Retirement Program benefit

## *Your Retirement Program benefit*

Your Retirement Program benefit is calculated using a formula that is based on:

➤ your Final Average Pay,
➤ your Social Security Breakpoint amount,
➤ the Plan's Accrual Rate, and
➤ and your Credited Service.

## *Pay*

Pay used for the calculation of your Retirement Program benefit means your annual base salary rate (not actual earnings) as of Dec. 25. Compensation such as overtime, shift differentials, severance pay and compensation in place of vacation time are not included in your annual base salary. The following items, if applicable, will also be considered as Pay:

➤ Management Incentive Compensation Plan Awards – will be included in Pay as of Dec. 25, preceding the date on which they were awarded.
➤ Special Recognition Awards – will be included in Pay as of Dec. 25, following the date on which the awards are paid.

➤ Lump sum payments received in place of merit increase – will be included in Pay as of Dec. 25, following the date on which payments are made.
➤ Certain commissions – will be included in Pay as of Dec. 25, following the date on which the commissions are paid.

The following commisions are included:

➤ Integrated Business Solutions Sales Incentive Plan
➤ PRICE Systems Sales Incentive Plan
➤ Real 3-D Sales Commission Plan
➤ Management and Data Systems Information Systems and Technologies Sales Commission Plan
➤ Sustaining Base Information Systems (SBIS) and General Services Administration (GSA) Commission Plan

For years before 1996, the Pay definition will be the one in effect for your plan in 1996. The Pay used for 1996 will be the greater of the old definition and the new definition in the Retirement Program.

Pay in the Retirement Program is limited in accordance with the Internal Revenue Code. The maximum Pay for 2005 is $210,000. Pay in excess of this is not included in the determination of qualified plan benefits.

---

## Plan benefits

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

**I**f you were hired on or after July 1, 1997, your eligibility for benefits and the amount of your benefit are fully described in this section.

If you were hired before July 1, 1997, certain grandfathered formulas and features described in the booklets titled the Lockheed Martin Corporation Salaried Retirement Program Grandfathered Provisions for Pension Group M (Martin Marietta heritage), or the booklet for Pension Group L (Lockheed heritage), or the New Retirement Program for Participants in the Lockheed Martin Sanders Pension Plan may be applicable. Please refer to those booklets for additional information regarding grandfathered benefits.

LMC 000464

## Final Average Pay

Final Average Pay is the average of your highest three years of Pay during the last 10 calendar years worked. The three Pay amounts used do not have to come from consecutive years.

| Example: Determining Your Final Average Pay | | |
|---|---|---|
| Year | Pay | Highest 3 years |
| 1999 | $40,000 | |
| 2000 | $42,000 | |
| 2001 | $44,500 | |
| 2002 | $47,000 | |
| 2003 | $49,500 | |
| 2004 | $52,000 | |
| 2005 | $56,000 | $56,000 |
| 2006 | $54,000 | |
| 2007 | $57,000 | $57,000 |
| 2008 | $60,000 | $60,000 |
| Total | | $173,000 |
| Divide by 3 | | ÷3 |
| Final Average Pay | | $57,666 |

## Social Security Breakpoint

The Social Security Breakpoint (SSB) is the average of the Social Security maximum wage bases. It is based on your year of birth and is calculated as an average over a 35-year period ending with the last day of the year in which you reach normal retirement age for Social Security. For this purpose, if your Social Security normal retirement age is a fractional age, the next higher whole age is used, consistent with the methods used by the IRS.

The Social Security maximum wage base is published by the Social Security Administration and is subject to change each year.

Your SSB amount will be based on the table in effect when you retire from active service or terminate employment, if earlier.

The 2005 Social Security Breakpoint table is listed in the Appendix B (page 29).

## Accrual Rate

An Accrual Rate is the factor applied to your Final Average Pay used to determine your benefit. Two accrual rates are used to determine your benefit. For Credited Service up to 35 years, your Final Average Pay up to the Social Security Breakpoint is multiplied by 1.25%, and any Final Average Pay in excess of the Social Security Breakpoint is multiplied by 1.5%. For Credited Service in excess of 35 years, your Final Average Pay is multiplied by 1.5%.

LMC 000465

## *Normal Retirement benefit*

Normal Retirement is defined as retirement at or after age 65. Your Normal Retirement benefit under the Retirement Program is calculated using a formula based on your Final Average Pay, your Social Security Breakpoint, and your Credited Service. The Retirement Program benefit formula is:

| | | | | |
|---|---|---|---|---|
| **1.25%** | **x** | **Final Average Pay up to Social Security Breakpoint** | **x** | **Credited Service up to 35 years** |
| | | **PLUS** | | |
| **1.5%** | **x** | **Final Average Pay in excess of Social Security Breakpoint** | **x** | **Credited Service up to 35 years** |
| | | **PLUS** | | |
| **1.5%** | **x** | **Final Average Pay** | **x** | **Credited Service over 35 years** |

### Example: Normal Retirement benefit from the Retirement Program*

The following example shows how a Normal Retirement benefit would be calculated for a 65-year-old employee who is retiring in 2009 with 20 years of Credited Service.

| | | |
|---|---|---|
| 1. Final Average Pay | | $60,000 |
| 2. Social Security Breakpoint in 2005 for someone born in 1940 | | $48,696 |
| 3. Accrual below Social Security Breakpoint | ($48,696 x 1.25%) | $609 |
| 4. Accrual above Social Security Breakpoint | [($60,000 – $48,696) x 1.5%] | $169 |
| 5. Years of Credited Service | | 20 |
| 6. Normal Retirement Benefit — Annual | [($609+$169) x 20] | $15,560 |
| 7. Normal Retirement Benefit — Monthly | ($15,560/12) | $1,297 |

* Calculations are rounded to the nearest dollar for presentation purposes.

### Special note for employees who transferred from General Dynamics Fort Worth

➤ If you transferred from General Dynamics Fort Worth, your benefit for Credited Service before March 1, 1993, will continue to be calculated the using the 1993 General Dynamics plan formula and your Lockheed Martin Final Average Pay (using the highest five consecutive years of the last 10 years of Pay). That benefit will be added to your Retirement Program benefit for service after March 1, 1993.

11

LMC 000466

## *Early Retirement benefit*

You can retire from active service at or after age 55 and before age 65 if you have at least five years of Benefit Eligibility Service. The amount of your Normal Retirement Benefit is available to you, without reduction, if it begins at age 60 or later. Alternatively, your Retirement Program benefit is available as early as age 55. It is reduced for retirement from active service before age 60 as follows:

| Early Retirement reduction table for retirement from active service | |
| --- | --- |
| **Retirement Age** | **Benefit Reduction** |
| 60 – 65 | none |
| 59 | 5% |
| 58 | 10% |
| 57 | 15% |
| 56 | 20% |
| 55 | 25% |

This table is just a partial list of benefit reductions. The reductions vary based on your age in completed years and months. For example, if benefits start when you are age 58 and six months, your benefit reduction will be 7.5%.

Assume you leave employment with the Company at age 55 with at least five years of Benefit Eligibility Service. When you reach age 60, you can start to receive the full Retirement Benefit you had earned at the time you left. If you start to receive your Retirement Benefit at age 55, it will be reduced by 25%; if you start to receive it at age 58, it will be reduced by 10%.

## *Early Retirement supplement*

An early retirement supplement is payable to you under the Retirement Program if you retire from active service at or after age 60 and before age 62 and have at least 10 years of Benefit Eligibility Service. The monthly supplement, which is paid from retirement until age 62, is equal to:

➤ $200 per month, and
➤ an additional $25 per month for each year of Credited Service you have earned (maximum of 25 years).

The maximum early retirement supplement is $825 per month or the amount of your projected Social Security benefit, whichever is less. No supplement is available if you retire prior to age 60.

| Example: Early Retirement supplement |
| --- |
| Assume you retire at age 60 with 20 years of service. You would be entitled to an Early Retirement supplement payable until age 62 equal to $700 per month. That is $200 plus ($25 x 20) = $700. |

## *Late Retirement*

If you continue to work after age 65, your pension benefit will be deferred to the first of the month after the date you actually retire. However, even if you are still working, the Plan requires that you begin to receive your pension benefits by April 1 after the year in which you reach age 70-1/2.

12

LMC 000467

## *Circumstances that may limit your retirement benefit*

Under the following conditions, your Company-provided benefit from the Retirement Program may be denied, reduced or suspended:

➤ If you retire and then return to work, your pension payments may be suspended (see page 7).

➤ If you terminate employment before you are vested, you forfeit your accrued benefits at termination. (If you participated in a Lockheed Martin plan in which you made contributions, you will be entitled to receive the value of those contributions.)

➤ If your benefit exceeds the maximum allowable by law, the benefit will be reduced to the legal limit. In some cases, amounts that are in excess of those benefits permitted by law may be paid from a non-qualified plan.

13

LMC 000468

# If you are laid off

If you are laid off, you will be eligible to receive your Retirement Program benefit starting as early as age 55 if, at the time of layoff:

➤ you have at least 25 years of Benefit Eligibility Service, or

➤ you are at least age 53 and have eight or more years of Benefit Eligibility Service.

If you meet the age and service requirements and if your benefit starts before age 65, the benefit will be reduced using the reductions for retirement from active service as described on page 12.

If you are laid off with at least five years of Vesting Service and do not qualify for the above layoff benefits, you will receive benefits as a terminated vested participant (using the early retirement reductions for terminated vested employees outlined on page 15).

LMC 000469

# Leaving the Company before becoming eligible to retire

You may receive a benefit from the Retirement Program if you are vested when you terminate employment.

If you terminate employment with Lockheed Martin after you complete five years of Vesting Service, but before you are retirement eligible (age 55 with five years of Benefit Eligibility Service or age 65), you are considered to be a terminated vested employee.

At age 65, you can start to receive the normal retirement benefit you earned at the time of termination. Alternatively, you can begin to receive your benefit as early as age 55 if you have at least five years of Benefit Eligibility Service at termination. That benefit will be available in a reduced amount, according to the table below:

### Early Retirement reduction table for terminated vested employees

| Commencement age | Benefit reduction |
| --- | --- |
| 65 | none |
| 64 | 10.1% |
| 63 | 19.4% |
| 62 | 27.9% |
| 61 | 35.6% |
| 60 | 42.5% |
| 59 | 48.6% |
| 58 | 53.9% |
| 57 | 58.4% |
| 56 | 62.1% |
| 55 | 65.0% |

This table is just a partial list of benefit reductions. The reductions vary based on your age in completed years and months. For example, if benefits start when you reach age 57 and six months, your benefit reduction will be 56.2%.

For example, assume you leave at age 50 with five or more years of Vesting Service. When you reach age 65, you can start to receive the full vested benefit you had earned at the time you left. If you have at least five years of Benefit Eligibility Service, you can start to receive your vested benefit at age 55, and it will be reduced by 65%; if you start to receive it at age 60, it will be reduced by 42.5%.

### Example: Leaving the Company before you are eligible to retire

The following example shows how a terminated vested benefit would be calculated for an employee who terminates employment  with the Company and who chooses to begin payment of the benefit at age 60.

| | |
| --- | --- |
| Monthly terminated vested benefit payable at age 65: | $1,000 |
| Reduction for receiving benefit at age 60: | 42.5% |
| Reduced monthly benefit [$1,000 x (100% – 42.5%)]: | $  575 |

LMC 000470

# Payment methods

The date on which your benefits begin is known as the Benefit Commencement Date. You may choose to receive your plan benefits beginning on the first of the month following the date you first become eligible for Early Retirement after your termination of employment.

You may choose to receive your benefit in one of several payment methods. If you are married and wish to select one of the optional payment methods, you will be required to obtain written spousal consent witnessed by a notary public.

Once your retirement becomes effective, you cannot change your payment method or your annuitant.

The payment method you select affects your pension benefit only. Your supplement, if applicable, is always paid as a fixed monthly amount while you are living, up to age 62.

**Note:** If the actuarial value of your pension benefit when you terminate employment is less than $5,000, the value of your benefit will automatically be paid in accordance with administrative practices in effect on the date of your termination.

## *Election of payment method*

Unless you designate otherwise, your benefit will be paid using one of the following automatic forms of payment:

➤ Life only, if you are single; or
➤ 50% Joint and Survivor benefit, with your spouse as beneficiary, if you are married.

You must apply for benefits before they are scheduled to start. If possible, you should make your election 90 days prior to the commencement of benefit, but no later than seven days before your benefit starts. Contact the Lockheed Martin Employee Service Center toll-free at (866-562-2363) to apply for your benefit.

## *Optional payment methods*

The Retirement Program offers the following optional methods of payment:

➤ life only (single life annuity),
➤ 5-year or 10-year guarantee,
➤ level income to age 62 or 65, and
➤ 50%, 75% or 100% Joint and Survivor.

A **life only** payment method provides monthly benefits for your lifetime only. Upon your death, payments end. If you are single, this is your automatic payment method.

---

If you are married and you designate someone other than your spouse as your beneficiary or you choose an optional payment method (other than the 50%, 75% or 100% Joint and Survivor payment method), you will be required to provide written spousal consent, witnessed by a notary public.

---

LMC 000471

The **5-year or 10-year guarantee** payment method provides monthly benefits for a minimum of either five years (60 months) or 10 years (120 months), whichever period you elect. If you die during the 5-year or 10-year period, your remaining guaranteed benefits will be paid to your designated beneficiary. If you live beyond the 5- or 10-year period, the payments will continue each month until your death. Upon your death, payments end.

The **level income** payment method provides you with a retirement income that, in conjunction with Social Security, is approximately level throughout your retirement. Under this payment method, you choose a "leveling age" — either age 62 or age 65. An **estimated** Social Security benefit will be calculated when you retire based on your chosen leveling age. You will receive an increased monthly benefit from your retirement date until the leveling age you choose. Once you reach your leveling age, your monthly benefit is reduced by the **estimated** Social Security benefit. Under this type of annuity, payments end upon your death.

## *Joint and Survivor benefit*

A Joint and Survivor benefit provides a reduced monthly benefit for your lifetime, then a set percentage of that original amount for the lifetime of your beneficiary after your death.

If you are married, a 50% Joint and Survivor benefit is your automatic payment method. A 50% Joint and Survivor benefit will pay monthly benefits during your lifetime. After your death, it will pay 50% of your benefit amount for your beneficiary's lifetime. If you wish to select a Joint and Survivor benefit with a beneficiary other than your spouse, you will be required to obtain written spousal consent, witnessed by a notary public.

The Plan offers you the choice of a 50%, 75%, or 100% Joint and Survivor option.

### "Pop Up" feature

If you choose a Joint and Survivor payment method when you retire from active service and your beneficiary dies within the first five years after your retirement payments begin, your benefit amount will automatically increase to the life only amount for which you were eligible at the time of your retirement. You must notify the Plan Administrator of your beneficiary's death before the Plan Administrator can take any action.

17

LMC 000472

## Adjustment for payment method selected

If you choose a payment method other than the life only annuity, your monthly pension will be adjusted to account for the value of the additional payments that may occur. The size of this adjustment depends on the estimated value of the additional benefits. With the Joint and Survivor options, your age and the age of your beneficiary affect the adjustment. The table below shows how a $1,000 monthly benefit, paid under a life only payment method, is adjusted for the other payment methods for a retiree who is age 60 and has a 58-year-old beneficiary in 2005.

## Other payment methods

If you participated in the Plan on June 30, 1997, certain additional payment methods available under the Plan may continue to be available for your accrued benefit as of June 30, 1997. For additional information, contact the Lockheed Martin Employee Service Center or see the prior summary plan descriptions.

| Payment method | Retiree's monthly benefit | Beneficiary's monthly benefit after retiree's death |
|---|---|---|
| Life only | $1,000.00 | N/A |
| 5-year guarantee | $990.00 | $990.0 |
| 10-year guarantee | $955.00 | $955.00 |
| Level income | | |
| Before age 62 | $2,023.88 | N/A |
| After age 62 | $766.04 | N/A |
| Level income | | |
| Before age 65 | $1,902.13 | N/A |
| After age 65 | $333.21 | N/A |
| 50% Joint and Survivor | $912.00 | $456.00 |
| 75% Joint and Survivor | $869.80 | $652.35 |
| 100% Joint and Survivor | $837.20 | $837.20 |

LMC 000473

# Pre-retirement survivor benefits

## If you die before retirement

If you die before retirement, your spouse is eligible to receive a monthly survivor benefit, if you are vested and you have been married to your spouse for at least one year at the time of your death. The monthly benefit will begin being paid to your spouse on the first of the month following your death or the date you would have reached age 55, if later. The benefit will be the Retirement Program benefit you would have received, assuming:

➤ you had terminated on the date of your death;
➤ you had elected the 100% Joint and Survivor option for your spouse; and
➤ you had elected benefits to begin immediately, or at age 55, if later.

The Early Retirement reductions for retirement from active service (see page 12) will be used to calculate your spouse's benefit if you were actively employed at the time of your death or if you had retired from active service but had not yet begun your benefit payments.

If you are a terminated vested employee and your benefits have not commenced at the time of your death, the Plan Early Retirement reductions for terminated vested employees (see page 15) will be used to calculate the benefit.

If you are single when you die, no survivor benefits are available.

## If you die after retirement

Whether your beneficiary will receive a benefit upon your death after retirement is based on the payment method you choose at retirement. For example, if you choose the 50% Joint and Survivor method, your beneficiary will receive 50% of the benefit you were being paid. If you choose a life only annuity, no benefit will be paid to your beneficiary. See the Payment Methods section for more information.

## If you made contributions to the Plan

If you made Employee Contributions to the Plan, your spouse will automatically receive any survivor benefits, including the value of any of your contributions to the Plan. However, if you are single, or in the event your spouse dies before you or dies before the value of any employee contributions have been distributed from the Plan, you may wish to designate a different beneficiary to receive those contributions.

If you choose to make a designation to someone other than your spouse, your spouse must sign a waiver, which must be witnessed by a notary.

19

LMC 000474

# Transfers

Generally, if you transfer as a salaried employee from one facility with a salaried pension plan to another facility with a salaried pension plan, you will remain in the pension plan of the facility you transferred from. Exceptions to this include:

➤ Transfers to and from LMC Department of Energy facilities generally result in a transfer of assets. Therefore, pension benefits for your entire LMC career are paid from the plan of your new site.

➤ Transfers to and from Loral heritage facilities before January 1, 1999 (explained below).

## Loral facility transfers before 1999

If you transferred from one Loral business unit with its own salaried pension plan to another Loral business unit with a different salaried pension plan before Jan. 1, 1999, your benefit in the first plan was frozen as of your date of transfer and you started to accrue benefits in the plan of your new site from your date of transfer.

If you transferred to or from a former Loral facility to either a former Lockheed or a former Martin Marietta facility, you continued participating in the pension plan of the facility you transferred from until Jan. 1, 1997. At that time, your original plan benefit was frozen and you started earning benefits and service in the pension plan of your new site with credited service beginning on the later of your transfer date or Jan. 1, 1997.

LMC 000475

# Administrative information

The information in this section explains how the Plan is administered and what your rights are under the Plan.

## Official Plan name and number

The Plans are identified by the following numbers and names:

➤ 001 for the Lockheed Martin Corporation Retirement Plan for Certain Salaried Employees
➤ 005 for the Lockheed Martin Corporation Retirement Income Plan
➤ 070 for the KAPL, Inc. Pension Plan for Salaried Employees

The Company assigns the Plan number. Please use this number whenever you correspond with anyone about the Plan.

## Employer identification number

The IRS has given Lockheed Martin Corporation the employer identification number 52-1893632.

## Plan Sponsor and Administrator

Lockheed Martin Corporation is the Plan Administrator and Plan Sponsor and may be contacted at:

Lockheed Martin Corporation
Attention: Pension Plan Operations
6801 Rockledge Drive, CLE-330
Bethesda, MD 20817
(301) 214-3873

For day-to-day questions about your Plan benefits, please call the Lockheed Martin Employee Service Center at (866) 562-2363.

## Cost of the Plan, Funding Medium and Plan Trustee

The Company pays the cost of providing your plan benefits. The amount of the annual Company contribution is actuarially determined. Assets are held in a master pension trust established by the Company. The Plan Trustee is:

The Northern Trust Company
50 South LaSalle Street
Chicago, Illinois 60675
(312) 630-6000

The Board of Directors has appointed Lockheed Martin Investment Management Company as the named fiduciary who appoints investment managers and directs the Trustee with respect to any or all of the pension fund investments.

## Agent for service of legal process

Service of legal process relating to the Plan should be delivered to the Plan Administrator or the Plan Trustee at their respective addresses.

## Plan year

Plan records are kept on a calendar year basis beginning Jan. 1 and ending on Dec. 31 each year.

## Type of plan

The Plan is a defined benefit pension plan, which means that a fixed benefit is established and contributions are made to provide this benefit to you at retirement.

21

LMC 000476

## The Company reserves the right to change or terminate the Plan

The Company reserves the right to amend, suspend, or terminate the Plan, in whole or in part, at any time. Any amendment, suspension or termination will be made by resolution of the Board of Directors or by a written instrument signed by a delegate of the Board of Directors or the Company. When Plan amendments are made that materially affect your benefits, a summary of the changes will be communicated to Plan members.

## Plan participation is not a contract of employment

Participation in the Plan does not constitute a contract for, nor guarantee of, continued or future employment with the Company. The Plan's provisions also do not prohibit changes in the terms of your employment.

## Plan benefits at termination

Your pension benefits under this Plan are insured by the Pension Benefit Guaranty Corporation (PBGC), a federal insurance agency. If the Plan terminates (ends) without enough money to pay all benefits, the PBGC will step in to pay pension benefits. Most people receive all of the pension benefits they would have received under their plan, but some people may lose certain benefits.

The PBGC guarantee generally covers: (1) Normal and Early Retirement Benefits; (2) disability benefits if you become disabled before the Plan terminates; and (3) certain benefits for your survivors.

The PBGC guarantee generally does not cover: (1) Benefits greater than the maximum guaranteed amount set by law for the year in which the Plan terminates; (2) some or all of benefit increases and new benefits based on plan provisions that have been in place for fewer than five years at the time the Plan terminates; (3) benefits that are not vested because you have not worked long enough for the company; (4) benefits for which you have not met all of the requirements at the time the Plan terminates; (5) certain early retirement payments (such as supplemental benefits that stop when you become eligible for Social Security) that result in an early retirement monthly benefit greater than your monthly benefit at the Plan's normal retirement age; and (6) non-pension benefits, such as health insurance, life insurance, certain death benefits, vacation pay, and severance pay.

Even if certain of your benefits are not guaranteed, you still may receive some of those benefits from the PBGC depending on how much money your plan has and on how much the PBGC collects from employers.

For more information about the PBGC and the benefits it guarantees, ask your Plan Administrator or contact the PBGC's Technical Assistance Division, 1200 K Street, N.W., Suite 930, Washington, D.C. 20005-4026 or call (202) 326-4000 (not a toll-free number). TTY/TDD users may call the federal relay service toll-free at (800) 877-8339 and ask to be connected to (202) 326-4000. Additional information about the PBGC's pension insurance program is available through the PBGC's website at http://www.pbgc.gov.

LMC 000477

## Disqualification, ineligibility or loss of benefit

Benefit payments to a retiree will be suspended upon re-employment. Future benefits will be recalculated using additional service after re-employemnt as described in this booklet and offset for the value of any previous lump sum payments.

## Non-alienation of benefits and Qualified Domestic Relations Orders

The Plan specifically prohibits alienation or assignment of, or borrowing against, any benefits, but the Retirement Equity Act has made it clear that plans must obey certain court orders requiring benefit payments to former spouses or alternate payees without violating ERISA's prohibitions against assignment or alienation of benefits. These court orders must be "Qualified Domestic Relations Orders" (QDROs), which must meet certain standards mandated by the Internal Revenue Service and be approved by the Plan Administrator before any payments may be made. You may obtain a copy of the procedures governing QDRO determinations from the Plan Administrator free of charge.

## Top-heavy provisions

A qualified retirement plan that primarily benefits certain owners or officers of the employer is called a top-heavy plan. A plan is considered top-heavy when more than 60% of the plan's assets benefit those employees.

The Plan is not top-heavy at this time. If it were to become top-heavy in any plan year, all other employees who are not members of a collective bargaining agreement would be entitled to certain minimum benefits, and other special Plan provisions could apply. Should the Plan become top-heavy, the Plan Administrator will notify you of your rights.

## Tax treatment of the Plan

The Company intends to operate the Plan so that it will qualify under Section 401(a) of the Internal Revenue Code. Accordingly, the Company's contributions to the Plan will be deducted by the Company for income tax purposes and the earnings of the Trust which holds the Plan assets will not be taxable to the Trust, the Company, or participants until distributed.

## Claims and Appeals Procedures

### Administration of the Plan

Claim determinations are made by the Plan Administrator (Lockheed Martin Corporation) or designee. The responsibility for deciding appeals of denied claims has been delegated to an Administrative Committee. In carrying out these functions, the Plan Administrator or designee (generally the applicable Administrative Committee) has the full discretionary authority to interpret and construe the terms of the Plan, to decide questions related to eligibility to participate or the payment of benefits under the Plan, and to make related findings of fact. The decision of the Plan Administrator or designee shall be final and binding to the full extent permitted by law.

### Applying for benefits

You or your beneficiary should file a written claim for benefits at least 90 days prior to your Benefit Commencement Date. To apply for benefits, contact the Lockheed Martin Employee Service Center toll-free at (866) 562-2363.

23

LMC 000478

If disagreements occur about your eligibility or benefits, we hope that they can be resolved quickly and informally. However, if that is not possible, you may file a written claim with the Plan Administrator by contacting:

Lockheed Martin Employee Service Center
P.O. Box 462
Little Falls, N.J. 07424-0462
(866) 562-2363

The Plan Administrator (also referred to herein as the Administrator) has 90 days from the date your claim is received to determine what if any benefits are payable under the Plan. The Administrator may require more time to review your claim, if necessary, due to circumstances beyond its control. If this should happen, the Plan Administrator will notify you in writing before the end of the original period that its review period has been extended for up to 90 days.

If your claim is denied, you will be notified in writing within the time periods outlined above. The notice will state the following, as applicable:

➤ specific reasons for denial,
➤ plan provisions that support the denial,
➤ a description of any additional information needed to review your claim request, and
➤ instructions for requesting a review of your claim denial and the applicable time limits, including information regarding your right to bring a civil lawsuit under section 502(a) of ERISA following an adverse benefit determination on review.

## *Appeals of denied claims*

If your claim is denied in whole or part, you have the right to request a review (or "appeal") of the decision. To request a review, you or your authorized representative must make a written request to the Administrative Committee within 60 days from the date you receive the claim denial. If you do not request a review within that time, you will have waived your right to appeal.

The Administrative Committee's review will take into account all comments, documents, records, and other information you submit relating to the claim, without regard to whether such information was submitted or considered in the initial benefit determination. If you wish, you, or your authorized representative, may review the appropriate plan documents and submit written information supporting your claim to the Administrative Committee. You will be provided, upon request and free of charge, reasonable access to and copies of all documents, records, or other information relevant to your claim for benefits.

The Administrative Committee has 60 days from the date your request is received to review your claim and notify you of a decision. Under special circumstances, the Committee may require more time to review your claim. If this should happen, you will be notified in writing before the end of the original period that the review period has been extended for an additional 60 days. Once the review is complete, the Committee will notify you, in writing, of the results of the review and indicate the Plan provisions upon which the decision is based.

If your claim is approved, you will receive the appropriate benefit from the Plan.

LMC 000479

If your claim is denied on review, in whole or part, you will receive a written notice from the Administrative Committee within the review period outlined above for the applicable type of claim. The notice will include the following, as applicable:

(1) the specific reasons for the decision;

(2) reference to the specific plan provisions upon which the decision is based;

(3) a statement that you are entitled to receive, upon request and free of charge, reasonable access to and copies of all documents, records, and other information relevant to your claim for benefits;

(4) a statement describing any voluntary appeal procedures offered by the Plan and your right to obtain these procedures;

(5) where required, a statement that there may be other voluntary alternative dispute resolution options. The written denial on appeal will include a statement regarding your right to bring a timely civil lawsuit under section 502(a) of ERISA following an adverse determination on appeal.

## Statement of ERISA Rights

As a participant in the Plan, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all Plan participants shall be entitled to:

### Receive information about the Plan and benefits

Examine, without charge, at the Plan Administrator's office and at other specified locations, such as worksites and union halls, all documents governing the Plan, including insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series) filed by the Plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.

Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the Plan, including insurance contracts and collective bargaining agreements, and copies of the latest annual report (Form 5500 Series) and updated summary plan description. The administrator may make a reasonable charge for the copies.

Receive a summary of the Plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.

Obtain a statement telling you whether you have a right to receive a pension at normal retirement age (age 65) and, if so, what your benefits would be at normal retirement age if you stop working under the Plan now. If you do not have a right to a pension, the statement will tell you how many more years you have to work to get a right to a pension. This statement must be requested in writing and is not required to be given more than once every 12 months.

## Prudent actions by Plan Fiduciaries

In addition to creating rights for plan participants ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate your plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including your employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a pension benefit or exercising your rights under ERISA.

LMC 000480

## *Enforce your rights*

If your claim for a pension benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you make a written request for a copy of plan documents or the latest annual report from the Plan and do not receive them within 30 days, you may file suit in a Federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Administrator. If you have a claim for benefits, which is denied or ignored, in whole or in part, you may file suit in a state or Federal court. In addition, if you disagree with the Plan's decision or lack thereof concerning the qualified status of a domestic relations order, you may file suit in Federal court. If it should happen that Plan fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a Federal court. The court will decide who should pay court costs and legal fees. If you are successful the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example if it finds your claim is frivolous.

## *Assistance with your questions*

If you have any questions about your plan, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue, N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

LMC 000481

# Appendix A — Participating business units

The benefits described in this booklet, apply only to the participating business units listed below. Furthermore, employees who are eligible to participate in the Lockheed Martin Corporation Retirement Income Plan III (generally covering former Loral sites) are not eligible for these plans.

➤ Lockheed Martin Aerostructures-Pinellas (but only with respect to employees hired before January 1, 2001)
➤ Lockheed Martin Advanced Environmental Systems, Inc.
➤ Lockheed Martin Corporate Headquarters
➤ Lockheed Martin Corporate Shared Services (excluding Owego)
➤ Lockheed Martin Electronics Systems — headquarters; Lockheed Martin Advanced Technology Labs; Lockheed Martin Simulation, Training and Support — Logistics Technology-Regular, Orlando; Lockheed Martin Maritime Systems & Sensors (MS2) MS2 — Marine Systems (Baltimore), MS2 Radar Systems (Syracuse), MS2 Undersea Systems (Syracuse), MS2 Surface Systems (Moorestown); Lockheed Martin Missiles & Fire Control — Orlando, Ocala, and, with respect to periods beginning on or after January 1, 2005, Pike County Operations; Perry Technologies
➤ Lockheed Martin Commercial Enterprise Solutions-Regular (excluding CES-Special)
➤ Lockheed Martin Enterprise Information Systems, Marietta, Palmdale, Sunnyvale, Fort Worth, Denver, Orlando, Syracuse, Valley Forge
➤ Lockheed Martin Global, Inc.
➤ Lockheed Martin Global Telecommunications, effective January 1, 2002

➤ Lockheed Martin Integrated Systems & Solutions (ISS) — Lockheed Martin Management & Data Systems (Valley Forge)
➤ Corporate Advanced Concepts, Orincon (with respect to service after 2003)
➤ Lockheed Martin International Inc.
➤ Lockheed Martin Investment Co.
➤ Lockheed Martin Investments, Inc.
➤ Lockheed Martin Investment Management Co.
➤ Lockheed Martin Millimeter Technologies
➤ Lockheed Martin Overseas Corporation
➤ Lockheed Martin Overseas Services Corporation
➤ LMC Properties, Inc. (with respect to former hourly employees, effective April 1, 2000)
➤ Lockheed Martin Space Systems — Denver, Vandenberg AFB, Cape Canaveral, Michoud, CPC, East Windsor, Valley Forge, Sunnyvale, Ontario, Palmdale; Lockheed Martin International Launch Services; Lockheed Martin Commercial Space Systems
➤ Lockheed Martin Services, Inc.
➤ Lockheed Martin Integrated Systems, Inc.
➤ Orlando Central Park, Inc.
➤ Lockheed Martin Field Technical Operations, Dryden ER Grandfathered
➤ Lockheed Martin Aeronautics Services Intl., Inc.
➤ Lockheed Martin Aircraft Argentina, SA De CV
➤ Lockheed Martin Aeronautics Company — Ft. Worth, Palmdale, or Marietta; Lockheed Martin Aeronautics Materials Management Center; Lockheed Martin Aeronautical Systems Support Company; Lockheed Martin Aircraft Australia (LAUS); Lockheed Martin Aircraft Services International
➤ Lockheed Martin Commercial Systems Group
➤ Lockheed Employment Services, Inc.

27

LMC 000482

➤ Lockheed Martin Finance Corporation
➤ Lockheed Martin Global, Inc. (former Lockheed facilities)
➤ Lockheed Martin International, SA (LMISA)
➤ Lockheed Martin International GmBH
➤ Lockheed Martin International Limited
➤ Lockheed Martin Information Systems — Ft. Worth
➤ Lockheed Martin Technical Operations Company
➤ Lockheed Martin Middle East Services (Regular)
➤ LMLAC (L-1011 Product Support) (but only with respect to employees who are covered by the Plan as of June 18, 1998 and who transferred to LMLAC (L-1011 Product Support) in 1998
➤ Non-union employees of KAPL, Inc.

In general, members of collective bargaining agreements do not participate in the Lockheed Martin Retirement Program. However, members of the Engineering and Scientists Guild are eligible to participate in the program.

28

LMC 000483

# Appendix B — 2005 Social Security Breakpoint table

| 2005 Covered Compensation Table | |
|---|---|
| Year of Birth | Social Security Breakpoint |
| 1934 | 33,060 |
| 1935 | 35,100 |
| 1936 | 37,212 |
| 1937 | 39,444 |
| 1938 | 43,992 |
| 1939 | 46,344 |
| 1940 | 48,696 |
| 1941 | 51,012 |
| 1942 | 53,268 |
| 1943 | 55,464 |
| 1944 | 57,636 |
| 1945 | 59,772 |
| 1946 | 61,872 |
| 1947 | 63,936 |
| 1948 | 65,856 |
| 1949 | 67,680 |
| 1950 | 69,408 |
| 1951 | 71,052 |
| 1952 | 72,600 |
| 1953 | 74,100 |

| 2005 Covered Compensation Table | |
|---|---|
| Year of Birth | Social Security Breakpoint |
| 1954 | 75,540 |
| 1955 | 78,228 |
| 1956 | 79,512 |
| 1957 | 80,712 |
| 1958 | 81,816 |
| 1959 | 82,860 |
| 1960 | 83,844 |
| 1961 | 84,780 |
| 1962 | 85,620 |
| 1963 | 86,436 |
| 1964 | 87,216 |
| 1965 | 87,924 |
| 1966 | 88,536 |
| 1967 | 89,040 |
| 1968 | 89,424 |
| 1969 | 89,700 |
| 1970 | 89,844 |
| 1971 | 89,940 |
| 1972 and later | 90,000 |

LMC 000484

# Notes

LMC 000485

# Notes

LMC 000486

# Notes

LMC 000487

LMC 000488

EMC 006489