R. Bradford Huss, No. 71303
Clarissa A. Kang, No. 210660
Michelle L. Schuller, No. 255787
TRUCKER ✦ HUSS
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California  94104
Telephone:	(415) 788-3111
Facsimile:	(415) 421-2017
E-mail:	bhuss@truckerhuss.com
	ckang@truckerhuss.com
	mschuller@truckerhuss.com

Attorneys for Defendants
LOCKHEED MARTIN CORPORATION
and LOCKHEED MARTIN
CORPORATION SALARIED EMPLOYEE
RETIREMENT PROGRAM

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW J. NALBANDIAN, JR., an individual; GREGORY M. NALBANDIAN, an individual; and THE ESTATE OF ANDREW J. NALBANDIAN, SR., deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>LOCKHEED MARTIN CORPORATION, a Maryland corporation, as administrator and fiduciary of the Lockheed Martin Corporation Salaried Employee Retirement Program; LOCKHEED MARTIN CORPORATION SALARIED EMPLOYEE RETIREMENT PROGRAM, an Employee Pension Plan within the meaning of 29 U.S.C. §§ 1002(2)(a) and 1002(35); and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV 10-01242 LHK<br><br>**DECLARATION OF CLARISSA A. KANG IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:	August 25, 2011<br>Time:	1:30 p.m.<br>Location:	San Jose, Courtroom 8, 4th Floor<br>Judge:	Hon. Lucy H. Koh |

I, Clarissa A. Kang, declare:

1. I am an attorney at law duly licensed and admitted to practice in the State of California and admitted in this federal district. I am a director at the firm Trucker Huss, counsel of

---

DECLARATION OF CLARISSA A. KANG IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; Case No. CV 10-01242 LHK                1

#1182611

record for Defendants Lockheed Martin Corporation and Lockheed Martin Corporation Salaried Employee Retirement Program ("Defendants") in this action.

2. Each of the facts stated herein is true, correct and within my personal knowledge or, if stated on information and belief, is true and correct to the best of my information and belief. If called upon as a witness, I could and would testify as to the truth of these statements.

3. Attached as Exhibit 8 is a true and correct excerpt of the transcript of the deposition of Plaintiff Andrew Nalbandian, Jr. on June 1, 2011.

4. Attached as Exhibit 9 is a true and correct excerpt of the transcript of the deposition of Plaintiff Gregory Nalbandian on June 3, 2011.

5. Attached as Exhibit 10 is a true and correct copy of (1) Andrew Nalbandian, Jr.'s Responses to Defendants' Request for Admissions, Set One and (2) Gregory Nalbandian's Responses to Defendants' Request for Admissions, Set One that were served on May 31, 2011.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Executed this 21st day of July, 2011, in San Francisco, California.

/s/Clarissa A. Kang_____
Clarissa A. Kang

DECLARATION OF CLARISSA A. KANG IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; Case No. CV 10-01242 LHK     2

#1182611