# EXHIBIT 9

```
 1                UNITED STATES DISTRICT COURT

 2        FOR THE COUNTY OF NORTHERN DISTRICT OF CALIFORNIA

 3                       SAN JOSE DIVISION

 4


 5   ANDREW J. NALBANDIAN, JR., an        )
     individual; GREGORY M. NALBANDIAN,   )
 6   an individual; and THE ESTATE OF     )
     ANDREW J. NALBANDIAN, SR.,           )
 7   deceased,                            )
                                          )
 8                  Plaintiffs,           )
                                          ) Case No.
 9   vs.                                  ) CV 10-01242 LHK
                                          )
10   LOCKHEED MARTIN CORPORATION, a       )
     Maryland corporation, as             )
11   Administrator and Fiduciary of the   )
     LOCKHEED MARTIN CORPORATION          )
12   SALARIED EMPLOYEE RETIREMENT         )
     PROGRAM; LOCKHEED MARTIN             )
13   CORPORATION SALARIED EMPLOYEE        )
     RETIREMENT PROGRAM, an Employee      )
14   Pension Plan within the meaning of   )
     29 U.S.C. §§ 1002(2)(a) and          )
15   1002(35); and DOES 1 through 50,     )
     inclusive,                           )
16                                        )
                    Defendants.           )
17   _____)

18

19

20         DEPOSITION of GREGORY M. NALBANDIAN taken on

21   behalf of Defendants, at Trucker Huss, 100 Montgomery

22   Street, 23rd Floor, San Francisco, California beginning

23   at 11:58 a.m., Friday, June 3, 2011, before CHERREE P.

24   PETERSON, RPR, CRR, Certified Shorthand Reporter No.

25   11108.
```

1  Q.  Were you aware that your father had requested
2  a calculation of his pension benefit around September
3  2008?
4  A.  I was aware that he had requested a
5  calculation of his pension benefit, but I did not have
6  knowledge of this particular date.
7  Q.  So in general you had some knowledge that he
8  had at some point requested a pension calculation?
9  A.  Yes.
10 Q.  Do you know whether your father had specified
11 a particular effective date for his pension in order to
12 request that pension calculation?
13        MS. MOYLES:  Do you understand the question?
14        THE WITNESS:  I'm not sure that I do.
15 Q.  BY MS. KANG:  So you knew at some point that
16 your father had at some point asked for a pension
17 calculation.  Do you know whether he had in mind a
18 particular effective date for his retirement for the
19 purposes of requesting that calculation?
20 A.  I do not know.
21 Q.  Let's put that aside.
22        We previously marked the summary plan
23 description for the pension plan as Exhibit 2.  Have you
24 seen Exhibit 2, the summary plan description for the
25 pension plan?  Have you seen this before?

1    A.    I did see -- at some point I did see either
2 the full plan or the summary plan description.
3    Q.    Do you remember the time frame that you would
4 have first seen the document, either the summary plan
5 description or the plan document?
6    A.    It would have first been after my father had
7 passed away.
8    Q.    We previously marked the plan document as
9 Exhibit 5.  Is that the document that you recall maybe
10 seeing before?
11    A.    I believe so.
12    Q.    And again, the time frame you would have first
13 seen either the summary plan description or the plan
14 document was sometime after your father had passed away?
15    A.    Yes.
16    Q.    Do you know whether your father had read the
17 summary plan description?
18    A.    It was in my father's nature to read over any
19 important documents he would get.  That's probably the
20 most specific answer I could give.
21    Q.    So you don't know for sure whether he read the
22 summary plan description?
23    A.    I don't know for sure.
24    Q.    What about the plan document, do you know
25 whether your father had ever read the plan document?